# EXHIBIT 1

DocuSign Envelope ID: 9962CD0F-B8B2-4793-AEEE-78B39FA3A822

# WILMERHALE

**VIA CERTIFIED MAIL**

Ed Williams

+1 202 663 6487 (t)
+1 202 663 6363 (f)
ed.williams@wilmerhale.com

July 5, 2022

Rhonda Weaver
County Attorney, Prince George's County Office of Law
1301 McCormick Drive
Suite 4100
Largo, MD 20774

Dear Ms. Weaver:

I write to provide notice pursuant to the Maryland Local Government Tort Claims Act, Md. Code of Courts and Judicial Proceedings, § 5-301 *et seq.*, of claims for unliquidated damages against Prince George's County ("the County") and its employees.[1]

I represent a putative class of individuals who have been detained at the Prince George's County Detention Center ("the Jail") absent constitutionally sufficient standards and procedures.

In particular, the County maintains patterns and practices which result in the detention of individuals who are arrested and charged with crimes in the County absent procedural or substantive due process. This is achieved by giving detained individuals "pretrial options" or "pretrial orders" (collectively, "pretrial referrals") at their bail review hearings, essentially outsourcing the decision as to whether, when, and on what conditions the individual will be released pretrial to unaccountable, non-judicial employees in the County Department of Corrections ("the Department"). The Department, and in particular its Population Management Division ("the Division"), then delays weeks or months before deciding whether, when, and on what conditions to release individuals given pretrial referrals. Some such individuals are never released pretrial—even though no court has found them too dangerous or too much of a flight risk to release. These policies and practices violate the federal and state Constitutions, and in particular the Fourteenth Amendment to the United State Constitution, as well as Articles 8, 9, 24, and 19 of the Maryland Declaration of Rights.

These policies and practices are maintained by the County itself, via Director of the Department of Corrections Corenne Labbe, Chief of the Population Management Division Jeffrey Logan, Chief of the Community Supervision Section Kenneth Gray, and Chief of the Monitoring Services Unit Tanya Law. These policies have been ongoing for as long as the undersigned is aware, going back at least three years from the date of this letter.

---

[1] Pursuant to Md. Cts. & Jud. Pro. § 5-304(c)(3)(iii), notices directed to Prince George's County are to be submitted to the county attorney.

DocuSign Envelope ID: 9962CD0F-B8B2-4793-AEEE-78B39FA3A822

WILMERHALE

Rhonda Weaver
July 5, 2022
Page 2

These policies injure all individuals given a pretrial referral by violating their constitutional rights and subjecting them to unconstitutional pretrial detention, and all of the well-known harms attendant to such detention. These policies cause harm that takes place within the County, and in particular at the Jail. The County should be aware of the defects and circumstances giving rise to these injuries, as the pretrial referral system—in particular the practice of giving pretrial referrals, the Division's delay in processing pretrial referrals, and the Division's refusal to release some individuals given pretrial referrals—is discussed regularly in District Courts in the County, including in the presence of County officials such as Mr. Logan.[2]  Accordingly, the unlawful detention at the Jail of putative class members is a persistent and ongoing injury caused by the unlawful practices described above.

I, and other attorneys at WilmerHale, represent a putative class of individuals harmed by these policies. I am joined by attorneys at the Civil Rights Corps, 1601 Connecticut Ave, NW, Suite 800, Washington, D.C., 20009; and the Institute for Constitutional Advocacy and Protection, Georgetown Law Center, 600 New Jersey Ave NW, Washington, DC 20001.

Sincerely,

*Ed Williams*

Edward Williams

---

[2] To that end, this notice may not be required under Md. Cts. & Jud. Proc. § 5-304(e) because the County is aware of the "claimant[s'] injur[ies]" and the "defect or circumstances giving rise to the claimant[s'] injur[ies]." Nevertheless, counsel submit this notice out of an abundance of caution.

# Postage Voucher

Please print this form and attach it to your outgoing mail.

| Date: | **Tuesday, July 5, 2022** |
|---|---|
| Mail Type: | **Certified** / **Registered** |
| Timekeeper: | **30475** - Williams, Ed |
| Client: | **2217448** - Prince George's County Jail Inmates |
| Matter: | **00121** - Prince George's Pretrial Detention Litigation |
| Items: | **1** |
| Instructions: | **Rhonda Weaver** |
| Signature: | |

**Services Use Only**

Meter Amount: _$7.96_

7016 0340 0000 5533 0126

