# EXHIBIT 4

# DISTRICT COURT OF MARYLAND FOR Prince George's County

Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No.: 3E00701207

STATE OF MARYLAND vs SHARP, LESLIE
3590 POWDER MILL RD #102
BELTSVILLE, MD 207050000

Race: B Sex: M Ht: 6' 01" Wt: 190 Hair: BLK Eyes: BRN
DOB: 06/18/1987 Phone(H): 202-361-4436 Phone(W):
E-Mail address: NONE Phone(C) :

Trial Date : ___/___/_____

## PUBLIC DEFENDER ELIGIBILITY DETERMINATION
## (Criminal Procedure § 16-210)

■ District ☐ Circuit ☐ Juvenile ☐ CINA ☐ Appellate

In accordance with MD Code, Criminal Procedure § 16-210 as a District Court Commissioner I have determined:

**PROVISIONAL QUALIFICATION:** You qualify for representation by the Public Defender at Bail Review (or Initial Appearance if before a Judge), but that representation terminates at the end of the Bail Review (or Initial Appearance if before a Judge), pending a final determination by the District Court commissioner. The District Court commissioner will notify you by mail and e-mail (if an e-mail address was provided) of your qualification status. Please allow at least one (1) week before contacting the District Court commissioner regarding the status of your application.

**IMPORTANT**

IF THE COMMISSIONER DETERMINES THAT YOU ARE ELIGIBLE TO BE REPRESENTED BY THE PUBLIC DEFENDER, AT TRIAL, YOU WILL RECEIVE A **FINAL QUALIFICATION** IN WRITING. THE PUBLIC DEFENDER WILL CONTACT YOU REGARDING YOUR CASE. ONCE YOU HAVE RECEIVED THE FINAL QUALIFICATION, ALL QUESTIONS SHOULD BE DIRECTED TO THE PUBLIC DEFENDER'S OFFICE:

The address of the Office of the Public Defender is: 14735 MAIN STREET - ROOM 272B
UPPER MARLBORO, MARYLAND 20772

Their telephone number is: 301-952-2159

The Office of the Public Defender is open weekdays from 8:30 a.m. to 4:30 p.m.

RECEIVED
OFFICE OF PUBLIC DEFENDER
JUN 14
DIST #5-UPPER MARLBORO

06/12/2021 03:11AM

/s/ CHRISTIAN AVILES 5229 ID No.

cc: Defendant
Office of the Public Defender

DC-100 (Rev. 02/2018)

**DISTRICT COURT OF MARYLAND FOR Prince George's County**
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 3E00701207

**STATE OF MARYLAND VS. SHARP, LESLIE**

PUBLIC DEFENDER COPY

3590 POWDER MILL RD #102
BELTSVILLE, MD, 20705
SID: 0002907177 LID:

# INITIAL APPEARANCE REPORT

**(Md. Rules 4-213, 4-213.1, 4-216 and 4-216.1)**

## Advice

I hereby certify that when the above named Defendant was brought before me for initial appearance, I:

ADVISED Defendant has appeared without an attorney and has a right to an attorney at the initial appearance, of the importance of having an attorney and, if indigent, the Public Defender will provide representation if the proceeding is before a judge or, a court-appointed attorney will provide representation if the proceeding is before a commissioner.

ADVISED Defendant has the right to waive the right to be represented by an attorney at the initial appearance and the waiver is only applicable to the initial appearance and not to any other hearing or proceeding.

ADVISED Defendant has an absolute right to hire a private attorney at Defendant's expense to defend against these charges. If the Defendant does not have the money to hire a private attorney, the Defendant is advised to apply right away to a District Court commissioner for representation by the Public Defender. A District Court commissioner makes the determination of whether the Defendant is financially eligible for the services of the Public Defender. After receipt of the Final Qualification, all further questions should be directed to the Public Defender's Office.

ADVISED Defendant any representation by a court-appointed attorney is provisional, limited to the initial appearance, and will terminate automatically upon conclusion of the hearing.

INFORMED Defendant of each offense charged and of the allowable penalties, including any mandatory or enhanced penalties, if any.

READ to Defendant, the Notice of Advice of Right to Counsel.

ADVISED Defendant that if Defendant appears for trial without counsel, the Court could determine that the Defendant waived counsel and the Defendant may have to proceed to trial unrepresented by counsel.

INFORMED Defendant of Affidavit for Indigent, the Defendant completed the requested affidavit and the commissioner determined with the criteria set forth in Code, Criminal Procedure Article §16-210 (b) and (c) whether the Defendant qualifies for a court-appointed attorney.

INFORMED Defendant that this preliminary determination is for the purpose of representation at the initial appearance only.

DETERMINED DEFENDANT IS INDIGENT.

ADVISED Defendant has the right to be represented by an attorney at the initial appearance and, if no other attorney has entered an appearance you shall be represented by the court-appointed attorney, unless the Defendant waives the right to be represented by an attorney at the initial appearance.

ENTRY OF APPEARANCE: Defendant was represented at initial appearance by court-appointed Attorney.

APPEARANCE: COURT-APPOINTED ATTORNEY/PUBLIC DEFENDER

Received:

Attorney's Name: SCOTT

Appeared Remotely.

ADVISED defendant of provisional representation by court-appointed attorney shall be limited to the initial appearance before the judicial officer and shall terminate automatically upon the conclusion of this proceeding.

## Pretrial Release Determination

On the basis of information available to and developed by me I HAVE DETERMINED:

That release on personal recognizance will not reasonably ensure the appearance of the Defendant as required because:



**DISTRICT COURT OF MARYLAND FOR Prince George's County**

Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 3E00701207

**STATE OF MARYLAND VS. SHARP, LESLIE**

Nature and circumstance of the offense charged.

The following Required Condition(s) of Release are imposed on the Defendant:

Do not engage in any criminal conduct during the period of pretrial release.

Appear in court when notified to do so.

Subjected to the following Special Conditions:

Any other lawful condition: No Violent Contact with Victim.

The Defendant is to be HELD WITHOUT BOND.

## Notice

I INFORMED THE DEFENDANT:

1. that a condition of ANY release is that Defendant appear for hearing and/or trial as directed by the Court.
2. that a warrant will be issued for the Defendant's arrest for any violation of condition(s) of release; that if the recognizance or bail bond is forfeited and the Defendant fails to surrender within 30 days following the forfeiture, on a felony charge the penalty imposed may be up to 5 years in jail and/or a fine up to $5,000, or on a misdemeanor charge the penalty imposed may be up to 1 year in jail and/or a fine up to $1,000; that the Defendant may be charged with contempt of Court.
3. to notify the Court in writing of any change of address or telephone number.

Date: 06/12/2021 Time: 3:02 AM Commissioner: ______ ID: 5229

## Receipt

I have ☐read ☐had read to me the offense(s) for which I am charged, the conditions of release, the penalty for violation of the conditions of release, the Notice of Advice of Right to Counsel. I acknowledge receipt of a copy of this form.

**My Bail Review date is 06/14/2021 at 01:15 pm in room 261, at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772.**

I a·· ·e· any conditions of release and agree to appear as directed.

6/12/21
Date

______ Signature of Custodian

STATE OF EMERGENCY VERBAL CONFIRMATION RECORDED

______ Signature of Defendant

**Tracking No. 180001536466**

**DV**

DC-CR-007 (Rev. 11/2017)

33 B/M

IN THE CIRCUIT/DISTRICT COURT FOR PRINCE GEORGE'S COUNTY

PRETRIAL INTAKE FACT SHEET

STATE OF MARYLAND
VS.
Leslie Sharp

ID NO.: 049773
CASE NO.: 3E00701207
CHARGE: Assault 2nd Degree
TOTAL BOND: $ 0.00

THE FOLLOWING INFORMATION HAS BEEN VERIFIED BY THE PRETRIAL INTAKE STAFF:

1) Additional Bond Hearing Case No's.: No violent contact with the victim.

2) AKA's: Leslie Sharpe, Carletto Wade,

3) Detainers:

4) Also In Jail On:

5) PreTrial Release:

6) P&P Information: (DC) Supervised Release - 2015 CF2 015442/2011 CF2 020039 - Unlawful Poss of Firearm/PWID Control Sub 05/01/19 - Active - Expiration: 01/30/24 - Agent: Holston, K. DC Prob Agent stated Defendant is non-compliant - 1005/06/14/2021/DRP

7) Residence: 653 East Capital St, Apt B3,SE, Washington, DC, 20003
Length: 15 years
Tel. #: ( ) (202) 744-6965
Lives With: Leslie Sharp Sr (Father)
Verified By: Leslie Sharp Sr

6/14/21
C(lo)
C(K?)

Employment: Old Ebbitt Grill Washington, DC
Length: Just Started
Position: Dishwahser
Can S/he Return:
Verified By: Unable/ No Number

8) COMMENTS: Pre-trial was unable to contact victim

TOTAL FTA's: CR 0 /MV 0 TOTAL CONTEMPTS: 0 DRUG TEST:

Pending:

Prior:

NCIC: (Mont Co) Robbery 12/30/05 (G) 1yr 6 mos V-Ernest Doku & Antonio Winters
(DC) Robbery Hold Up Gun 05/16/05 (G) 10 mos; 2 yrs prob
(DC) FTA-Armed Robbery 03/18/05 (G) 2 yrs prob

LEVEL: 1 2 3 4 DM/CM 0 None

CONDITIONS:

Investigator: D. Thompson

Date: 06/14/21

Distribution: White: Judge Green: Computer Work Yellow: State's Attorney Pink: File Copy Green: Public Defender

PGC Form 3088 (Rev. 9/13)

IN THE CIRCUIT/DISTRICT COURT FOR PRINCE GEORGE'S COUNTY

STATE OF MARYLAND
VS.
Leslie Sharp

CASE NO.: 3E00701207

PRETRIAL INTAKE FACT SHEET (continued)

PRIOR:

NCIC:

(DC) UUV 12/08/08 (G) 18 mos, 3 yrs Sup Rel
(DC) Dest of Prop 02/08/11 (G) 1 yr prob
(DC) Parole Violation 12/07/10 (ND)
(DC) Narc PWID 05/07/12 (G) 4 mos, 60 mos Sup Rel
(DC) Bail Jumping 12/13/11 (ND)
(DC) Parole Violation 12/16/11 (ND)
(DC) Carrying Pistol W/O License 06/03/16 (G) 18 mos, 3 yrs Sup Rel
(DC) Parole Violation 03/31/16 (ND)
(DCUSM) Parole Violation 02/11/20 (ND)
(DC) Assault on PO 05/06/21 (ND)

COMMENTS:

P.G.C. FORM #3088A

443 -7-22-21
8:45

**IN THE DISTRICT COURT OF MARYLAND**
**FOR PRINCE GEORGE'S COUNTY**

| | | |
|---|---|---|
| **STATE OF MARYLAND** | : | |
| | : | |
| **V.** | : | **3E00701207** |
| | : | |
| **LESLIE SHARP** | : | |

## MOTION FOR BOND REVIEW HEARING

COMES NOW defendant Leslie Sharp, by and through counsel, and moves this Honorable Court to set a bond review hearing in the above-captioned case. In support thereof, Mr. Sharp states as follows:

1. Mr. Sharp is charged in the above captioned criminal matter with second-degree assault. His trial has been scheduled for July 22, 2021 at 8:45 a.m. in Hyattsville Courtroom 3.

2. At his initial bail review hearing on June 14, 2021, the Honorable Brian C. Denton ordered that Mr. Sharp be held without bond.

3. Marquita Tibbs, the alleged victim in this case, has contacted undersigned counsel to inform him that she does not want Mr. Sharp in jail. She does not fear him and does not believe he is a danger to the community.

4. Ms. Tibbs also told undersigned counsel that she does not intend to press charges in this case.

WHEREFORE, Mr. Sharp asks the Court to set a bond review hearing at the earliest available date in the above-captioned case.

Respectfully Submitted,

Peter Im, Esq.,
Assistant Public Defender
4990 Rhode Island Avenue, Room 345
Hyattsville, MD 20781
(301) 291-7537
peter.im@maryland.gov
CPF# 2105130005

ENTERED
JUN 16 2021
SE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of June, a copy of the foregoing motion was hand-delivered, via the Court Clerk's Office, to the following:

Office of the State's Attorney
Prince George's County, Maryland

Peter Im, Esq.
Assistant Public Defender





**DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**
Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3E00701207

**STATE OF MARYLAND VS. SHARP, LESLIE**
3590 POWDER MILL RD #102
BELTSVILLE MD 207050000

CC #:21-0026214 State ID: 0002907177 LocID:
Eyes: BRN Hair: BLK Height: 6'01" Weight: 190 lb.
Race: 1 Sex: M DOB: 06/18/1987 DL #:

**Charge | Statute | AR/Citation**
ASSAULT-SEC DEGREE | 1 1415 CR3203 |

**Charge | Statute | AR/Citation**

# COMMITMENT PENDING HEARING

TO: PRINCE GEORGES COUNTY DETENTION CENTER
13400 DILLE RD., RECORDS DEPT, UPPER MARLBORO, 20772

YOU ARE HEREBY COMMANDED to receive from any officer the body of the above-named Defendant who is charged with the offense(s) listed above.
Bail review was held by Judge SCOTT MICHAEL CARRINGTON and the Defendant is committed Without Bail.

**SUBJECT TO THE FOLLOWING CONDITION(S)/RESTRICTION(S):**
COURT ORDERED PRE TRIAL RELEASE LEVEL 4
NO CONTACT W/MARQUITA TIBBS HER RESIDENCE
PLACE OF EMPLOYMENT & HER FAMILY/STAY AWAY
FROM 3590 POWDER MILL RD BELTSVILLE, MD
NO WEAPONS/FIREARMS/AMMO/ALCOHOL/CDS

**YOU ARE FURTHER COMMANDED to produce the Defendant for Trial/Hearing**
on 07/22/2021 at 8:45 a.m. in Court Room 3 at the District Court of Maryland For PRINCE GEORGE'S COUNTY located at 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781

Date: 06/24/2021 Time: 9:06 a.m.

JUDGE/~~CLERK~~: [signature]
Judge Scott Carrington

**Tracking No. 180001536466**

CC-DC-CR-028 (Rev. 07/2017)



**DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**
Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3E00701207

**STATE OF MARYLAND VS. SHARP, LESLIE**
3590 POWDER MILL RD #102
BELTSVILLE MD 207050000

## BAIL REVIEW SUMMARY

Your bail review was held by Judge SCOTT MICHAEL CARRINGTON on 06/24/2021.

THE COURT, ON THE DATE SHOWN ABOVE,

HELD YOU WITHOUT BAIL;

AND THE FOLLOWING CONDITIONS/RESTRICTIONS WERE IMPOSED:
COURT ORDERED PRE TRIAL RELEASE LEVEL 4
NO CONTACT W/MARQUITA TIBBS HER RESIDENCE
PLACE OF EMPLOYMENT & HER FAMILY/STAY AWAY
FROM 3590 POWDER MILL RD BELTSVILLE, MD
NO WEAPONS/FIREARMS/AMMO/ALCOHOL/CDS

YOU ARE SCHEDULED FOR TRIAL
on 07/22/2021 at 08:45 a.m. in Room 3 at the District Court of Maryland for PRINCE GEORGE'S COUNTY located at 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781.

NOTICE: Unless a final determination of indigency has been made, representation at the Bail Review is provisional and terminates at the end of the Bail Review. If you have already applied for the Public Defender through the District Court Commissioner, there is no need to apply again. You will be notified in writing of your eligibility for representation at trial as soon as a final determination is made. Please allow at least one week before contacting the District Court Commissioner regarding the status of your Application.

06/24/2021 9:06 a.m. Room: 5

Defendant Signature

Date

**Tracking No. 180001536466**

Closed

# PRINCE GEORGE'S COUNTY GOVERNMENT
## Department of Corrections

Angela D. Alsobrooks
County Executive

7-22-21 8[45] Hy3

June 30, 2021

| | |
|---|---|
| TO: | The Honorable April T. Ademiluyi |
| FROM: | Jermaine MIlls, Case Manager, Monitoring Services |
| DEFENDANT: | Leslie Sharp |
| CASE/CHARGE: | [1. CR3E00701207 2ND Degree Assault] |

[X] The above defendant has been evaluated for program placement;

[ ] The above defendant is being reconsidered for pretrial release;

[x] The above defendant is no longer eligible for pretrial release;

[ ] The above defendant violated "Conditions of Release";

[ ] The above defendant's whereabouts are currently unknown/absconded;

**STATUS**

1. [ ] Victim Fears
2. [x] Detainer(s) District of Columbia Probation Agent K. Holston requested a warrant for Violation of Probation. Defendant is on probation for PWID/Possession of Firearm. Case #2015CF2015442 & case#2011CF2020039. Agent states defendant has been arrested twice in 30 days.
3. [ ] Criminal History
4. [ ] No Verifiable Address
5. [ ] Mental Health Issue / Evaluation Pending
6. [ ] Medical Health Issue(s)
7. [ ] Violated "Conditions of Release"
8. [ ] Federal Hold or State Hold
9. [ ] Other-See Explanation

**EXPLANATION:**

13400 Dille Drive, Upper Marlboro, Maryland 20772
(301) 952-4800 • 711 Maryland Relay Service • www.princegeorgescountymd.gov

cc: Lisa Hall Johnson, Administrative Judge
PGCDOC-Corenne Labbe, Director
PGCDOC-Guy Merritt, Acting Deputy Director, Bureau of Administration
PGCDOC-Jeffrey Logan, Division Chief, Population Management

H43 7-22-21 8:45

IN THE DISTRICT COURT OF MARYLAND
FOR PRINCE GEORGE'S COUNTY

| STATE OF MARYLAND | : | |
|---|---|---|
| | : | |
| V. | : | 3E00701207 |
| | : | |
| LESLIE SHARP | : | |

**MOTION FOR BOND REVIEW HEARING**

COMES NOW defendant Leslie Sharp, by and through counsel, and moves this Honorable Court to set a bond review hearing in the above-captioned case. In support thereof, Mr. Sharp states as follows:

1. Mr. Sharp is charged in the above captioned criminal matter with second-degree assault. His trial has been scheduled for July 22, 2021 at 8:45 a.m. in Hyattsville Courtroom 3.

2. At his initial bail review hearing on June 14, 2021, he was held without bond. At his second bail review hearing on June 24, 2021, the Honorable Scott M. Carrington **ORDERED** that he be released to pretrial at Level 4.

3. On July 2, 2021, pretrial services informed the Court that Mr. Sharp is no longer eligible for pretrial release. He is still detained.

4. Pretrial services has informed undersigned counsel that Mr. Sharp is ineligible for pretrial release because he is on supervised release in the District of Columbia. His pretrial intake sheet, which the Court considered at both bond hearings, states that he is on supervised release in the District of Columbia. The Court considered this information before it ordered Mr. Sharp to be released.

5. Marquita Tibbs, the alleged victim in this case, has contacted undersigned counsel to inform him that she does not want Mr. Sharp in jail. She does not fear him and does not believe he is a danger to the community. Ms. Tibbs also told undersigned counsel that she does not intend to press charges in this case.

6. Mr. Sharp requests that he be released on his personal recognizance or on an unsecured bond.

WHEREFORE, Mr. Sharp asks the Court to set a bond review hearing at the earliest available date in the above-captioned case.

ENTERED
JUL 07 2021
SE

Respectfully Submitted,

Peter Im, Esq.,
Assistant Public Defender
4990 Rhode Island Avenue, Room 345
Hyattsville, MD 20781
(301) 291-7537
peter.im@maryland.gov
CPF# 2105130005

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of June, a copy of the foregoing motion was hand-delivered, via the Court Clerk's Office, to the following:

Office of the State's Attorney
Prince George's County, Maryland

Peter Im, Esq.
Assistant Public Defender



**DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**
Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3E00701207

**STATE OF MARYLAND VS. SHARP, LESLIE**
3590 POWDER MILL RD #102
BELTSVILLE MD 207050000

CC #:21-0026214 State ID:0002907177 LocID:
Eyes: BRN Hair: BLK Height: 6'01" Weight: 190 lb.
Race: I Sex:M DOB:06/18/1987 DL #:

**Charge | Statute | AR/Citation**
ASSAULT-SEC DEGREE | 1 1415 CR3203 |

**Charge | Statute | AR/Citation**

## COMMITMENT PENDING HEARING

TO: PRINCE GEORGES COUNTY DETENTION CENTER
13400 DILLE RD., RECORDS DEPT, UPPER MARLBORO, 20772

YOU ARE HEREBY COMMANDED to receive from any officer the body of the above-named Defendant who is charged with the offense(s) listed above.

Bail review was held by Judge DONNAKA VARNER LEWIS and the Defendant is committed Without Bail.

**SUBJECT TO THE FOLLOWING CONDITION(S)/RESTRICTION(S):**
OR PR TO PTR LEVEL #4 OPTION
NO CONTACT W/MARQUITA TIBBS HER RESIDENCE
PLACE OF EMPLOYMENT & HER FAMILY/STAY AWAY
FROM 3590 POWDER MILL RD BELTSVILLE, MD
NO WEAPONS/FIREARMS/AMMO/ALCOHOL/CDS

**YOU ARE FURTHER COMMANDED to produce the Defendant for Trial/Hearing**
on 07/22/2021 at 8:45 a.m. in Court Room 3 at the District Court of Maryland For PRINCE GEORGE'S COUNTY located at 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781

Date: 07/14/2021 Time: 10:55 a.m. JUDGE/~~CLERK~~: [signature]
Judge Donnaka Varner Lewi

**Tracking No. 180001536466**

CC-DC-CR-028 (Rev. 07/2017)



**DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**
Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3E00701207

**STATE OF MARYLAND VS. SHARP, LESLIE**
3590 POWDER MILL RD #102
BELTSVILLE MD 207050000

# BAIL REVIEW SUMMARY

Your bail review was held by Judge DONNAKA VARNER LEWIS on 07/14/2021.

THE COURT, ON THE DATE SHOWN ABOVE,

HELD YOU WITHOUT BAIL;

AND THE FOLLOWING CONDITIONS/RESTRICTIONS WERE IMPOSED:
OR PR TO PTR LEVEL #4 OPTION
NO CONTACT W/MARQUITA TIBBS HER RESIDENCE
PLACE OF EMPLOYMENT & HER FAMILY/STAY AWAY
FROM 3590 POWDER MILL RD BELTSVILLE, MD
NO WEAPONS/FIREARMS/AMMO/ALCOHOL/CDS

YOU ARE SCHEDULED FOR TRIAL/HEARING
on 07/22/2021 at 08:45 a.m. in Room 3 at the District Court of Maryland for PRINCE GEORGE'S COUNTY located at 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781.

NOTICE: Unless a final determination of indigency has been made, representation at the Bail Review is provisional and terminates at the end of the Bail Review. If you have already applied for the Public Defender through the District Court Commissioner, there is no need to apply again. You will be notified in writing of your eligibility for representation at trial as soon as a final determination is made. Please allow at least one week before contacting the District Court Commissioner regarding the status of your Application.

07/14/2021 10:55 a.m. Room: 5

Defendant Signature

Date

**Tracking No. 180001536466**

Page 1 Date: 07/22/2021
Room: 3 Time: 9:10 AM

Case No. 3E00701207

# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

Located at 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781

**STATE OF MARYLAND VS. SHARP, LESLIE**

3590 POWDER MILL RD #102
BELTSVILLE MD 207050000

| CC #:21-0026214 | | State ID:0002907177 | LocID: |
|---|---|---|---|
| Eyes: BRN | Hair: BL | Height: 6'01" | Weight: 190 lb. |
| Race: 1 | Sex: M | DOB:06/18/1987 | DL #: |

## DEFENDANT TRIAL SUMMARY

The above case was heard today, 07/22/2021 by Judge DOLORES DORSAINVIL
The Court's finding is as follows:

001 ASSAULT-SEC DEGREE
Plea - OTHER PLEA Verdict - NOLLE PROSEQUI

If you have been convicted or received probation before judgment for a crime, it may be unlawful for you to possess or purchase a firearm, including a rifle, shotgun, pistol, revolver, or ammunition, pursuant to state and/or federal law. If you have any questions about whether it is now illegal for you to possess or purchase a firearm, you should immediately consult an attorney. For additional information about these prohibitions or the surrender of firearms (even if you are currently incarcerated), please consult http://www.marylandattorneygeneral.gov/Forms/Form_77R_gun_questions.pdf or contact Maryland State Police at: 1-410-653-4500.

You may be entitled to expunge this record and any DNA Sample and DNA Record relating to the charge or charges against you if you meet certain conditions. Further information on expungement is contained in a brochure available at the Clerk's Office or on our website at http://www.courts.state.md.us/district.

**07/22/2021** **Defendant**________________________________ **(SHARP, LESLIE)**

**Tracking No. 180001536466**