# EXHIBIT B

DISTRICT COURT OF MARYLAND

Go Back Now

## Case Information

Court System: **DISTRICT COURT FOR PRINCE GEORGE'S COUNTY - CRIMINAL SYSTEM**
Case Number: **5E00715391**   Tracking No: **190001145902**
Case Type: **CRIMINAL**
District Code: **05**   Location Code: **02**
Document Type: **STATEMENT OF CHARGES**   Issued Date: **06/23/2022**
Case Status: **ACTIVE**

## Defendant Information

Defendant Name: **HERNANDEZ, ANIBAL ERICK JR**
Race: **WHITE, CAUCASIAN, ASIATIC INDIAN, ARAB**
Sex: **M**   Height: **509**   Weight: **170**   DOB: **02/09/1993**
Address: **6815 DECATUR ST**
City:   **HYATTSVILLE**   State: **MD**   Zip Code: **20784 - 0000**

## Court Scheduling Information

Trial Date: **08/24/2022**   Trial Time: **10:15 AM**   Room: **261**
Trial Type: **FELONY DISMISSAL DATE**
Trial Location: **COURTHOUSE,14735 MAIN STUPPER MARLBORO 20772-3042**

## Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No: **001**   Description: **CDS: POSS W/I DIST: NARC**
Statute:           Description:
Amended Date:   CJIS Code: **1 1119**   MO/PLL:   Probable Cause: **X**
Incident Date From: **06/22/2022**   To: **06/22/2022**   Victim Age:

Charge No: **002**   Description: **CDS:IMPORT INTO STATE**
Statute:   **CR.5.614**   Description: **CDS:IMPORT INTO STATE**
Amended Date:   CJIS Code: **3 3550**   MO/PLL:   Probable Cause: **X**
Incident Date From: **06/22/2022**   To: **06/22/2022**   Victim Age:

Charge No: **003**   Description: **CDS: POSSESS-NOT MARIJUANA**
Statute:           Description:
Amended Date:   CJIS Code: **1 1111**   MO/PLL:   Probable Cause: **X**
Incident Date From: **06/22/2022**   To: **06/22/2022**   Victim Age:

Charge No: **004**   Description: **CDS: POSS MARIJUANA 10 GM+**
Statute:           Description:
Amended Date:   CJIS Code: **1 1564**   MO/PLL:   Probable Cause: **X**
Incident Date From: **06/22/2022**   To: **06/22/2022**   Victim Age:

Charge No: **005**   Description: **FIREARM/DRUG TRAF CRIME**
Statute:   **CR.5.621.(b)(1)**   Description: **FIREARM/DRUG TRAF CRIME**
Amended Date:   CJIS Code: **1 0493**   MO/PLL:   Probable Cause: **X**
Incident Date From: **06/22/2022**   To: **06/22/2022**   Victim Age:

**Related Person Information**

*(Each Person related to the case other than the Defendant is shown)*

Name: **MITCHELL, OFFR**
Connection: **COMPLAINANT/POLICE OFFICER**
Agency Code: **DA**   Agency Sub-Code: **NED**   Officer ID: **2723**

---

Name: **PRYCE, MELISSA**
Connection: **ASSISTANT PUBLIC DEFENDER**
Address: **DISTRICT PUBLIC DEFENDER**
         **14735 MAIN ST, ROOM 272B**
City: **UPPER MARLBORO**   State: **MD**   Zip Code: **20772 - 0000**

---

Name: **EARNEST, RON**
Connection: **ASSISTANT PUBLIC DEFENDER**
Address: **DISTRICT PUBLIC DEFENDER**
         **14735 MAIN ST., ROOM 272B**
City: **UPPER MARLBORO**   State: **MD**   Zip Code: **20772 - 0000**

---

**Event History Information**

| Event | Date | Comment |
|---|---|---|
| DOCI | 06/23/2022 | SC ISSUED 220623 |
| INIT | 06/23/2022 | 220623;00000000.00;HWOB;100; ;5098 |
| CMIT | 06/23/2022 | DEFENDANT COMMITTED;220623;PGD |
| BALR | 06/24/2022 | 220624;00000000.00;HWOB;100; ;0CX |
| CMIT | 06/24/2022 | DEFENDANT COMMITTED;220624;PGD; |
| BALR | 07/25/2022 | 220725;00005000.00;HDOB;010; ;0BI |
| CMIT | 07/25/2022 | DEFENDANT COMMITTED;220725;PGD |
| BOND | 07/25/2022 | 220725;00005000.00;PCT ; ; ;010 |
| RELS | 07/25/2022 | DEFENDANT RELEASED FROM COMMITMENT |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*



# PRINCE GEORGE'S COUNTY GOVERNMENT
## Department of Corrections

Angela D. Alsobrooks
County Executive

July 13, 2022

TO: The Honorable LaKeecia Renee Allen

FROM: Hope Clark, Case Manager, Monitoring Services

DEFENDANT: Anibal Hernandez Jr.

CASE/CHARGE: [1. CR5E007115391 Firearm/Drug Trafficking] 5E715391

T/D
7/25/ 26l
8:45AM

[X] The above defendant has been evaluated for program placement;

[ ] The above defendant is being reconsidered for pretrial release;

[x] The above defendant is no longer eligible for pretrial release;

[ ] The above defendant violated "Conditions of Release";

[ ] The above defendant's whereabouts are currently unknown/absconded;

### STATUSES

1. [ ] Victim Fears
2. [ ] Pending Case (s)/Detainer (s)
3. [ ] Criminal History
4. [X] No Verifiable Address
5. [ ] Mental Health Issue / Evaluation Pending
6. [ ] Medical Health Issue(s)
7. [ ] Violated "Conditions of Release"
8. [ ] Federal Hold or State Hold
9. [ ] Other-See Explanation

Recieved
7/19/22

EXPLANATION:

13400 Dille Drive, Upper Marlboro, Maryland 20772
(301) 952-4800 • 711 Maryland Relay Service • www.princegeorgescountymd.gov



# DISTRICT COURT OF MARYLAND FOR Prince George's County

**HERNANDEZ, ANIBAL ERICK JR**

6815 DECATUR ST
HYATTSVILLE, MD 20784-0000

Sex: M  Ht: 5' 09"  Wt: 170  Race: 2  Eyes: BRN  Hair: BLK
DOB: ~~~~~~~  Home phone: ~~~~~~~  Cellphone:
CC#: 22-0029163  LID:  SID: 0004181618
DL#:  ☐ DEFENDANT IS A MINOR

Case No. 5E00715391

CHARGE 001 OF 5  1 1119  CR5602(2)  --Felony20  Y &/or $15,000.00  CDS: POSS W/I DIST: NARC

More charges on continuation page.

**THE COURT ON THE DATE SHOWN BELOW ---**
☐ MADE CERTAIN THE DEFENDANT RECEIVED COPY OF CHARGING DOCUMENT
☐ INFORMED DEFENDANT OF RIGHT TO COUNSEL AND IMPORTANCE OF ASSISTANCE OF COUNSEL
  ☐ DEFENDANT WAIVED ATTORNEY FOR BAIL REVIEW
  ☐ THE PUBLIC DEFENDER PROVIDED PROVISIONAL REPRESENTATION AT THE BAIL REVIEW
  ☐ REPRESENTED BY:_____
☐ DEFENDANT ADVISED OF RIGHT AT   ☐ INITIAL APPEARANCE   ☐ PRELIMINARY INQUIRY
☐ REQUIRED DEFENDANT TO READ OR ☐ READ TO DEFENDANT THE NOTICE OF RIGHTS TO COUNSEL.
☐ ADVISED DEFENDANT OF THE NATURE OF THE CHARGES AND ALLOWABLE AND ANY MANDATORY OR ENHANCED PENALTIES
☐ ADVISED DEFENDANT THAT MAKING NEXT APPEARANCE WITHOUT COUNSEL COULD BE A WAIVER
  ☐ REMINDED THE DEFENDANT THAT REPRESENTATION BY THE OPD AT BAIL REVIEW ENDS WITH THE BAIL REVIEW
☐ ADVISED FELONY DEFENDANT OF RIGHT TO PRELIMINARY HEARING
  ☐ DEFENDANT REQUESTED PRELIMINARY HEARING AT THIS TIME
☐ ADVISED DEFENDANT OF RIGHT TO JURY TRIAL
☐ RELEASED DEFENDANT ON OWN RECOGNIZANCE
☒ HOLD WITHOUT BOND
☐ ORDERED BAIL TO REMAIN SAME   ☐ CONDITION(S)/RESTRICTION(S) TO REMAIN THE SAME
☐ REVISED BAIL $_____.00  ☐ CASH (MAY BE POSTED BY THIRD PARTY)  ☐ FAILURE TO PAY SUPPORT, TO BE CASH,
  POSTED BY DEFENDANT ONLY   ☐ PCT____%   ☐ UNSECURED PERSONAL BOND $_____.00
☐ REINSTATED BAIL $_____.00  POSTED ON ___/___/_____
☐ COMMITTED IN DEFAULT OF BOND
☐ DEFENDANT IS A MINOR AND
  ☐ SHALL BE HELD IN A SECURE JUVENILE FACILITY PROVIDED DEPARTMENT OF JUVENILE SERVICES DETERMINES THERE IS AVAILABLE CAPACITY TO HOLD DEFENDANT.
  ☐ SHALL NOT BE HELD IN A SECURE JUVENILE FACILITY. COURT FINDS THAT DETENTION IN A SECURE JUVENILE FACILITY WILL POSE A RISK OF HARM TO THE MINOR DEFENDANT OR OTHERS FOR THE FOLLOWING REASONS:_____

**IMPOSED THE FOLLOWING CONDITION(S)/RESTRICTION(S) ON THE DEFENDANT:**
☒ REQUIRED CONDITIONS OF RELEASE: 1) DEFENDANT WILL NOT ENGAGE IN ANY CRIMINAL CONDUCT DURING THE PERIOD OF PRETRIAL RELEASE AND 2) THE DEFENDANT WILL APPEAR IN COURT WHEN REQUIRED TO DO SO.
☐ BOND TO BE CO-SIGNED BY:_____
☐ COMPLETE PTSU INTERVIEW
☒ PROOF OF ADDRESS TO   ☒ PTSU   ☐ COMMISSIONER BEFORE RELEASE
☒ PTSU TO VERIFY ADDRESS BEFORE RELEASE
☒ LIVE AT ADDRESS THAT PTSU HAS VERIFIED
☐ PROOF OF IDENTITY TO   ☐ PTSU   ☐ COMMISSIONER BEFORE RELEASE
☐ SURRENDER CURRENT PASSPORT/ALL TRAVEL DOCUMENTS TO THE COURT BEFORE RELEASE
☐ SUBSTANCE ABUSE TREATMENT IF _____ DEEMS NECESSARY
☐ MENTAL HEALTH TREATMENT IF PTSU DEEMS NECESSARY
☐ NO CONTACT WITH VICTIMS/STATE'S WITNESSES/CO-DEFENDANTS
☐ STAY AWAY FROM _____
  ☐ USE ELECTRONIC MONITORING TO CONFIRM AREA OF RESTRICTION
☐ CURFEW: AS SET BY PTSU OR _____
☐ REPORT TO PROBATION OFFICER NEXT BUSINESS DAY AFTER RELEASE
☐ TRANSFER DIRECTLY TO_____ BY_____ WHEN BED AVAILABLE
☐ RELEASE TO THE FOLLOWING RESIDENTIAL TREATMENT PROGRAM_____
  ☐ REFERRED DEFENDANT FOR COMPETENCY EVALUATION   ☐ OUT-PATIENT
  TRIAL SCHEDULED: DATE:_____ TIME:_____ LOC:_____ ROOM:_____
  ☐ BAIL REVIEW  ☐ PREL. INQUIRY  ☐ PREL. HEARING  ☐ TRIAL  ☐ VOP  ☐ SENTENCING
☐ PLACED IN CUSTODY OF_____
☐ PRE-TRIAL SUPERVISION BY_____
☐ ALCOHOL SCREENING   ☐ DRUG SCREENING
☐ ALCOHOL PROGRAM   ☐ DRUG PROGRAM
  **Prince George's County Only:**
  ☐ GPS TRACKING:   ☐ $_____  ☐ FEE ASSESSED  ☐ FEE WAIVED
☒ OTHER: No own poss weapon CDS, ammo

☐ RIGHTS GIVEN BY VIDEO
☐ BAIL REVIEW POSTPONED

*PD enter + waive*

*PTR order @ any level*

*any kind*

Date: 6/24/22
Judge: [signature]
ID Number: [signature]

Tracking No. 190001145902
DC-BR-DOC-001 BAIL REVIEW DOCKET (Rev. 11/2017)



 **DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**
Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772          Case No. 5E00715391

**STATE OF MARYLAND  VS.  HERNANDEZ, ANIBAL ERICK JR**
6815 DECATUR ST
HYATTSVILLE MD 207840000

CC #: 22-0029163        State ID: 0004181618       LocID:
Eyes: BRN     Hair: BLK       Height: 5'09"        Weight: 170 lb.
Race: 2       Sex: M          DOB:         DL #:

**Charge | Statute | AR/Citation**
CDS: POSS W/I DIST: NARC | 1 1119 CR5602(2) |
CDS: POSSESS-NOT MARIJUANA | 1 1111 CR5601(a)(1) |
FIREARM/DRUG TRAF CRIME | 1 0493 CR5621(b)(1) |

**Charge | Statute | AR/Citation**
CDS: IMPORT INTO STATE | 3 3550 CR5614 |
CDS: POSS MARIJUANA 10 GM+ | 1 1564 CR5601(a)(1) |

## COMMITMENT PENDING HEARING

TO:  PRINCE GEORGES COUNTY DETENTION CENTER
     13400 DILLE RD., RECORDS DEPT, UPPER MARLBORO, 20772

YOU ARE HEREBY COMMANDED to receive from any officer the body of the above-named Defendant who is charged with the offense(s) listed above.
Bail review was held by Judge LAKEECIA RENEE ALLEN and the Defendant is committed Without Bail.

**SUBJECT TO THE FOLLOWING CONDITION(S)/RESTRICTION(S):**
COURT ORDERED PTR/PTSU TO VERIFY ADDRESS/
LIVE AT VERIFIED ADDRESS/DO NOT OWN/
POSSESS FIREARMS/AMMO OF ANY KIND

**YOU ARE FURTHER COMMANDED to produce the Defendant for Trial/Hearing**
on 07/25/2022 at 8:45 a.m. in Court Room 261 at the District Court of Maryland For PRINCE GEORGE'S COUNT located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Date: 06/24/2022   Time: 2:30 p.m.        JUDGE/CLERK: _____

**Tracking No. 190001145902**                        Judge LaKeecia Allen
CC-DC-CR-028 (Rev. 07/2017)

 

## DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 5E0071539

**STATE OF MARYLAND VS. HERNANDEZ, ANIBAL ERICK JR**
6815 DECATUR ST
HYATTSVILLE MD 207840000

## BAIL REVIEW SUMMARY

Your bail review was held by Judge LAKEECIA RENEE ALLEN on 06/24/2022.

THE COURT, ON THE DATE SHOWN ABOVE,

HELD YOU WITHOUT BAIL;

AND THE FOLLOWING CONDITIONS/RESTRICTIONS WERE IMPOSED:
  COURT ORDERED PTR/PTSU TO VERIFY ADDRESS/
  LIVE AT VERIFIED ADDRESS/DO NOT OWN/
  POSSESS FIREARMS/AMMO OF ANY KIND

YOU ARE SCHEDULED FOR PRELIMINARY HEARING
  on 07/25/2022 at 08:45 a.m. in Room 261 at the District Court of Maryland for PRINCE GEORGE'S COUNTY located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772.

NOTICE: Unless a final determination of indigency has been made, representation at the Bail Review is provisional and terminates at the end of the Bail Review. If you have already applied for the Public Defender through the District Court Commissioner, there is no need to apply again. You will be notified in writing of your eligibility for representation at trial as soon as a final determination is made. Please allow at least one week before contacting the District Court Commissioner regarding the status of your Application.

06/24/2022   2:30 p.m.   Room: 5

_____    _____
Defendant Signature                 Date

Tracking No. 190001145902



 **DISTRICT COURT OF MARYLAND FOR Prince George's County**
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 5E00715391

**STATE OF MARYLAND** VS. **HERNANDEZ, ANIBAL ERICK JR**
6815 DECATUR ST
HYATTSVILLE, MD, 20784

CC#: 22-0029163   SID: 0004181618
LID:              DL#:
Race: 2   Sex: M   Ht: 5' 09"   Wt: 170   Hair: BLK   Eyes: BRN
DOB: ▓▓▓▓   Home phone: ▓▓▓▓   Cellphone:

**Charge | Statute | AR/Citation | CJISCode**
CDS: POSS W/I DIST: NARC | CR 5 602 (2) | | 1 1119
CDS: POSSESS-NOT MARIJUANA | CR 5 601 (a)(1) | | 1 1111
FIREARM/DRUG TRAF CRIME | CR 5 621 (b)(1) | | 1 0493

**Charge | Statute | AR/Citation | CJISCode**
CDS:IMPORT INTO STATE | CR 5 614 | | 3 3550
CDS: POSS MARIJUANA 10 GM+ | CR 5 601 (a)(1) | | 1 1564

## COMMITMENT PENDING HEARING
☐ Civil   ☐ Criminal   ☐ Traffic   ☐ Domestic Violence

TO: PRINCE GEORGES COUNTY CORRECTIONAL CENTER
13400 DILLE DRIVE    UPPER MARLBORO   20772

YOU ARE HEREBY COMMANDED to receive from any officer the body of the above-named Defendant who is charged with the offense(s) listed above.
Without Bail.

**SUBJECT TO THE FOLLOWING CONDITION(S)/RESTRICTION(S):**
Not engage in criminal activity. Appear in court. Not own/possess weapons.
Not use alcohol, drug, controlled substance.

**YOU ARE FURTHER COMMANDED to:**
Produce the Defendant for Bail Review: on 06/24/2022 at 1:15PM in Court Room 261
District Court of Maryland For Prince George's County, Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772.

Produce the Defendant for Trial/Hearing: on 07/25/2022 at 8:45AM in Court Room 261
District Court of Maryland For Prince George's County, Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772.

Date: 06/23/2022   Time: 5:13 AM   Commissioner: _____ ID: 5098
☐ Bail Review was held on _____ by Judge _____ and Defendant
   is commited in default of $ _____ bail ( _____ % Acceptable).

**Tracking No. 190001145902**   CC-DC-CR-012 (Rev. 07/2017)



## DISTRICT COURT OF MARYLAND FOR Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 5E00715391

**STATE OF MARYLAND** VS. **HERNANDEZ, ANIBAL ERICK JR**
6815 DECATUR ST
HYATTSVILLE, MD, 20784

CC#: 22-0029163  SID: 0004181618
LID:  DL#:
Race: 2  Sex: M  Ht: 5' 09"  Wt: 170  Hair: BLK  Eyes: BRN
DOB: ▓▓▓▓▓  Home phone: ▓▓▓▓▓▓  Cellphone:

**Charge | Statute | AR/Citation | CJISCode**
CDS: POSS W/I DIST: NARC | CR 5 602 (2) | | 1 1119
CDS: POSSESS-NOT MARIJUANA | CR 5 601 (a)(1) | | 1 1111
FIREARM/DRUG TRAF CRIME | CR 5 621 (b)(1) | | 1 0493

**Charge | Statute | AR/Citation | CJISCode**
CDS:IMPORT INTO STATE | CR 5 614 | | 3 3550
CDS: POSS MARIJUANA 10 GM+ | CR 5 601 (a)(1) | | 1 1564

## COMMITMENT PENDING HEARING
☐ Civil  ☐ Criminal  ☐ Traffic  ☐ Domestic Violence

TO: PRINCE GEORGES COUNTY CORRECTIONAL CENTER
13400 DILLE DRIVE    UPPER MARLBORO   20772

YOU ARE HEREBY COMMANDED to receive from any officer the body of the above-named Defendant who is charged with the offense(s) listed above.
Without Bail.

**SUBJECT TO THE FOLLOWING CONDITION(S)/RESTRICTION(S):**
Not engage in criminal activity. Appear in court. Not own/possess weapons.
Not use alcohol, drug, controlled substance.

**YOU ARE FURTHER COMMANDED to:**
Produce the Defendant for Bail Review: on 06/24/2022 at 1:15PM in Court Room 261
District Court of Maryland For Prince George's County, Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772.

Produce the Defendant for Trial/Hearing: on 07/25/2022 at 8:45AM in Court Room 261
District Court of Maryland For Prince George's County, Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772.

Date: 06/23/2022   Time: 5:13 AM   Commissioner: _____ ID: 5098

☐ Bail Review was held on _____ by Judge _____ and Defendant is commited in default of $ _____ bail ( _____ % Acceptable).

**Tracking No. 190001145902**    CC-DC-CR-012 (Rev. 07/2017)

CONTINUATION PAGE OF INITIAL APPEARANCE REPORT



**DISTRICT COURT OF MARYLAND FOR Prince George's County**
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 5E00715391

**STATE OF MARYLAND     VS.     HERNANDEZ, ANIBAL ERICK JR**

right to have a preliminary hearing by a request made now or within 10 days; and failure to make a timely request will result in a waiver of this hearing.

Defendant requests preliminary hearing. It is scheduled for 07/25/2022 at 8:45 AM in Room 261, at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772.

### Pretrial Release Determination

On the basis of information available to and developed by me I HAVE DETERMINED:

Defendant ordered held without bond.
  Reasonable likelihood Defendant will not appear when required.
The following Required Condition(s) of Release are imposed on the Defendant:
  Do not engage in any criminal conduct during the period of pretrial release.
  Appear in court when notified to do so.
Subjected to the following Special Conditions:
  Shall not own or possess a firearm, destructive device, or other dangerous weapon of any description.
  Abstain from alcohol, or abusive use or possession of a narcotic drug or other controlled dangerous substance as defined in Code, Criminal Law Article, §5-101(f), without a prescription from a licensed medical practitioner.
  The Defendant is to be HELD WITHOUT BOND.

### Notice

I INFORMED THE DEFENDANT:
  1. that a condition of ANY release is that Defendant appear for hearing and/or trial as directed by the Court.
  2. that a warrant will be issued for the Defendant's arrest for any violation of condition(s) of release; that if the recognizance or bail bond is forfeited and the Defendant fails to surrender within 30 days following the forfeiture, on a felony charge the penalty imposed may be up to 5 years in jail and/or a fine up to $5,000, or on a misdemeanor charge the penalty imposed may be up to 1 year in jail and/or a fine up to $1,000; that the Defendant may be charged with contempt of Court.
  3. to notify the Court in writing of any change of address or telephone number.

Date: 06/23/2022  Time: 5:13 AM     Commissioner: _____ ID:  5098

### Receipt

I have ☑ read  ☐ had read to me the offense(s) for which I am charged, the conditions of release, the penalty for violation of the conditions of release, the Notice of Advice of Right to Counsel. I acknowledge receipt of a copy of this form.
 **My Bail Review date is 06/24/2022 at 01:15 pm in room 261, at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772.**
 **I have been informed that the Trial/Hearing date is 07/25/2022 at 8:45 AM in Room 261, at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772.**
  I agree to any conditions of release and agree to appear as directed.

JUN 23 2022
Date                     Signature of Custodian                          Signature of Defendant

**Tracking No. 190001145902**
DC-CR-007 (Rev. 11/2017)