# EXHIBIT F



**DISTRICT COURT OF MARYLAND FOR Prince George's County**
Located at 4990 Rhode Island Ave., Hyattsville, Maryland 20781

Case No. 0E00713044

**STATE OF MARYLAND VS. DAVIS, DONNELL**
AKA: DAVIS, DONNELL DAJUAN
3608 ROCK CREEK CHURCH RD NW
WASHINGTON, DC, 20010

CC#: SID: 0004788247
LID: X0890594 DL#:
Race: 1 Sex: M Ht: 6' 01" Wt: 190 Hair: BLK Eyes: BRN
DOB: [redacted] Phone(H): [redacted] Phone(W):

| Charge \| Statute \| AR/Citation \| CJISCode | Charge \| Statute \| AR/Citation \| CJISCode |
|---|---|
| ASSAULT-FIRST DEGREE \| CR 3 202 \| \| 1 1420 | ASSAULT-SEC DEGREE \| CR 3 203 \| \| 1 1415 |

# COMMITMENT PENDING HEARING

☐Civil ☐Criminal ☐Traffic ☐Domestic Violence

TO: PRINCE GEORGES COUNTY CORRECTIONAL CENTER
13400 DILLE DRIVE UPPER MARLBORO 20772

YOU ARE HEREBY COMMANDED to receive from any officer the body of the above-named Defendant who is charged with the offense(s) listed above.
Without Bail.

**SUBJECT TO THE FOLLOWING CONDITION(S)/RESTRICTION(S):**
Appear in court.Not intimidate THE VICTIM,
AJAH MCKNIGHTNot contact or harass THE VI
CTIM, AJAH MCKNIGHT.Not enter or be near 5
805 CHERRYWOOD TERR., GREENBELT, PRINCE GE
ORGE'S COUNTY, MARYLAND.YOU ARE NOT TO ENG

**YOU ARE FURTHER COMMANDED to:**

**Produce the Defendant for Bail Review: on 10/09/2020 at 1:15PM in Court Room 261**
District Court of Maryland For Prince George's County, Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772.

**Produce the Defendant for Trial/Hearing: on 11/09/2020 at 8:45AM in Court Room 261**
District Court of Maryland For Prince George's County, Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772.

Redmond 5176

Date: 10/08/2020 Time: 8:37 PM Commissioner: ____________ ID: 5176

☐ Bail Review was held on ____________ by Judge ____________ and Defendant is commited in default of $ ____________ bail ( ______ % Acceptable).

**Tracking No. 201001501923** CC-DC-CR-012 (Rev. 07/2017) DV





# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3E00713044

**STATE OF MARYLAND VS. DAVIS, DONNELL**

8125 48TH AVE #218B
COLLEGE PARK MD 207400000

CC #:
State ID: 0004788247
LocID: X0890594
Eyes: BRN Hair: BLK Height: 6'01" Weight: 190 lb.
Race: I Sex: M DOB: [redacted] DL #:

**Charge | Statute | AR/Citation**
ASSAULT-FIRST DEGREE | 1 1420 CR3202 |

**Charge | Statute | AR/Citation**
ASSAULT-SEC DEGREE | 1 1415 CR3203 |

## COMMITMENT PENDING HEARING

TO: PRINCE GEORGES COUNTY DETENTION CENTER
13400 DILLE RD., RECORDS DEPT, UPPER MARLBORO, 20772

YOU ARE HEREBY COMMANDED to receive from any officer the body of the above-named Defendant who is charged with the offense(s) listed above.

Bail review was held by Judge ROBERT WILSON HEFFRON and the Defendant is committed Without Bail.

**SUBJECT TO THE FOLLOWING CONDITION(S)/RESTRICTION(S):**

OR PR TO PTR LEVEL #4 MAY BE CELLPHONE / GPS
COMPLETE PTSU INTERVIEW/PTSU TO VERIFY ADD
BEFORE RELEASE/NO CONT W/ AJAH MCKNIGHT
STAY AWAY FROM 5805 CHERRYWOOD TERR
GREENBELT, MD

**YOU ARE FURTHER COMMANDED to produce the Defendant for Trial/Hearing**
on 11/09/2020 at 8:45 a.m. in Court Room 261 at the District Court of Maryland For PRINCE GEORGE'S COUNTY located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

OCT 9 20 16:17

Date: 10/09/2020 Time: 1:59 p.m.

JUDGE/~~CLERK~~: [signature]

Judge Robert W. Heffron

**Tracking No. 201001501923**

CC-DC-CR-028 (Rev. 07/2017)





# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3E00713044

**STATE OF MARYLAND VS. DAVIS, DONNELL**
8125 48TH AVE #218B
COLLEGE PARK MD 207400000

## BAIL REVIEW SUMMARY

Your bail review was held by Judge ROBERT WILSON HEFFRON on 10/09/2020.

THE COURT, ON THE DATE SHOWN ABOVE,

Advised you of your right to Preliminary Hearing;

You deferred your right to a Preliminary Hearing;

HELD YOU WITHOUT BAIL;

AND THE FOLLOWING CONDITIONS/RESTRICTIONS WERE IMPOSED:

OR PR TO PTR LEVEL #4 MAY BE CELLPHONE
COMPLETE PTSU INTERVIEW/PTSU TO VERIFY ADD
BEFORE RELEASE/NO CONT W/ AJAH MCKNIGHT
STAY AWAY FROM 5805 CHERRYWOOD TERR
GREENBELT, MD

YOU ARE SCHEDULED FOR PRELIMINARY HEARING
on 11/09/2020 at 08:45 a.m. in Room 261 at the District Court of Maryland for PRINCE GEORGE'S COUNTY located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772.

NOTICE: Unless a final determination of indigency has been made, representation at the Bail Review is provisional and terminates at the end of the Bail Review. If you have already applied for the Public Defender through the District Court Commissioner, there is no need to apply again. You will be notified in writing of your eligibility for representation at trial as soon as a final determination is made. Please allow at least one week before contacting the District Court Commissioner regarding the status of your Application.

10/09/2020 1:59 p.m. Room: 5

Defendant Signature ______________________ Date ________

**Tracking No. 201001501923**




# PRINCE GEORGE'S COUNTY GOVERNMENT
## Department of Corrections

Angela D. Alsobrooks
County Executive

October 28, 2020

TO: The Honorable Robert Wilson Heffron

FROM: Tanya Law, Unit Chief, Monitoring Services

DEFENDANT: Donnell Davis

CASE/CHARGE: [1. CR3E00713044 1st Degree Assault]

[X] The above defendant has been evaluated for program placement;

[ ] The above defendant is being reconsidered for pretrial release;

[x] The above defendant is no longer eligible for pretrial release;

[ ] The above defendant violated "Conditions of Release";

[ ] The above defendant's whereabouts are currently unknown/absconded;

STATUSES

1. [ ] Victim Fears
2. [ ] Pending Case (s)/Detainer (s)
3. [ ] Criminal History
4. [ ] No Verifiable Address
5. [ ] Mental Health Issue / Evaluation Pending
6. [ ] Medical Health Issue(s)
7. [ ] Violated "Conditions of Release"
8. [ ] Federal Hold or State Hold
9. [x] Other-See Explanation

EXPLANATION: Defendant was granted the option of Pre-trial Services Level 4 on October 9, 2020. Please contact Monitoring Services for additional information at 301-952-7111 or 301-952-7064.





# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3E00713044

**STATE OF MARYLAND VS. DAVIS, DONNELL**

8125 48TH AVE #218B
COLLEGE PARK MD 207400000

CC #: State ID: 0004788247 LocID: X0890594
Eyes: BRN Hair: BLK Height: 6'01" Weight: 190 lb.
Race: I Sex: M DOB: [redacted] DL #:

**Charge | Statute | AR/Citation**
NP | ASSAULT-FIRST DEGREE | 1 1420 CR3202 |

**Charge | Statute | AR/Citation**
ASSAULT-SEC DEGREE | 1 1415 CR3203 |

## COMMITMENT PENDING HEARING

TO: PRINCE GEORGES COUNTY DETENTION CENTER
13400 DILLE RD., RECORDS DEPT, UPPER MARLBORO, 20772

YOU ARE HEREBY COMMANDED to receive from any officer the body of the above-named Defendant who is charged with the offense(s) listed above.

Trial/Hearing was held by Judge ROBERT WILSON HEFFRON and the Defendant is committed Without Bail.

**SUBJECT TO THE FOLLOWING CONDITION(S)/RESTRICTION(S):**

OR PR TO PTR LEVEL #4 MAY BE CELLPHONE
COMPLETE PTSU INTERVIEW/PTSU TO VERIFY ADD
BEFORE RELEASE/NO CONT W/ AJAH MCKNIGHT
STAY AWAY FROM 5805 CHERRYWOOD TERR
GREENBELT, MD

YOU WILL BE NOTIFIED of the defendant's next hearing or trial.

09 NOV '20 PM04:3

Date: 11/09/2020 Time: 9:17 a.m.

JUDGE/[redacted]: [signature]

Judge Robert W. Heffron

**Tracking No. 201001501923**

CC-DC-CR-028 (Rev. 07/2017)





**DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**
Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3E00713044

**STATE OF MARYLAND VS. DAVIS, DONNELL**
8125 48TH AVE #218B
COLLEGE PARK MD 207400000

CC #: State ID: 0004788247 LocID: X0890594
Eyes: BRN Hair: BLK Height: 6'01" Weight: 190 lb.
Race: I Sex: M DOB: [redacted] DL #:

**Charge | Statute | AR/Citation**
ASSAULT-FIRST DEGREE | 1 1420 CR3202 |

**Charge | Statute | AR/Citation**
ASSAULT-SEC DEGREE | 1 1415 CR3203 |

# COMMITMENT PENDING HEARING

TO: PRINCE GEORGES COUNTY DETENTION CENTER
13400 DILLE RD., RECORDS DEPT, UPPER MARLBORO, 20772

YOU ARE HEREBY COMMANDED to receive from any officer the body of the above-named Defendant who is charged with the offense(s) listed above.
Bail review was held by Judge STACEY MARIA COBB SMITH and the Defendant is committed Without Bail.

**SUBJECT TO THE FOLLOWING CONDITION(S)/RESTRICTION(S):**
OR PR TO PTR OPTION ANY LEVEL
NO CONT W/VICTS/STATE'S WIT/ CO-DEFS

**YOU ARE FURTHER COMMANDED to produce the Defendant for Trial/Hearing**
on 01/07/2021 at 1:45 p.m. in Court Room 3 at the District Court of Maryland For PRINCE GEORGE'S COUNTY located at 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781

Date: 12/16/2020 Time: 11:17 a.m. JUDGE/[redacted]: ODA Cobb-Smith

**Tracking No. 201001501923**
CC-DC-CR-028 (Rev. 07/2017)





**DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**

Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3E00713044

**STATE OF MARYLAND VS. DAVIS, DONNELL**

8125 48TH AVE #218B
COLLEGE PARK MD 207400000

## BAIL REVIEW SUMMARY

Your bail review was held by Judge STACEY MARIA COBB SMITH on 12/16/2020.

THE COURT, ON THE DATE SHOWN ABOVE,

HELD YOU WITHOUT BAIL;

AND THE FOLLOWING CONDITIONS/RESTRICTIONS WERE IMPOSED:

OR PR TO PTR OPTION ANY LEVEL

NO CONT W/VICTS/STATE'S WIT/ CO-DEFS

YOU ARE SCHEDULED FOR TRIAL
on 01/07/2021 at 01:45 p.m. in Room 3 at the District Court of Maryland for PRINCE GEORGE'S COUNTY located at 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781.

NOTICE: Unless a final determination of indigency has been made, representation at the Bail Review is provisional and terminates at the end of the Bail Review. If you have already applied for the Public Defender through the District Court Commissioner, there is no need to apply again. You will be notified in writing of your eligibility for representation at trial as soon as a final determination is made. Please allow at least one week before contacting the District Court Commissioner regarding the status of your Application.

12/16/2020 11:17 a.m. Room: 5

Defendant Signature ____________ Date ____________

**Tracking No. 201001501923**



**DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**

Located at 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781

Case No. 3E00713044

**STATE OF MARYLAND VS. DAVIS, DONNELL**

8125 48TH AVE #218B
COLLEGE PARK MD 207400000

CC #: State ID: 0004788247 LocID: X0890594
Eyes: BRN Hair: BLK Height: 6'01" Weight: 190 lb.
Race: I Sex: M DOB: [redacted] DL #:

**Charge | Statute | AR/Citation**
NG | ASSAULT-SEC DEGREE | CR3203 | | 1 1415

**Charge | Statute | AR/Citation**

# RELEASE FROM COMMITMENT

TO: PRINCE GEORGES COUNTY DETENTION CENTER
13400 DILLE RD., RECORDS DEPT UPPER MARLBORO 20772

YOU ARE HEREBY COMMANDED to release the above-named Defendant as Trial in the case was held on 01/07/2021 before Judge WENNESA BELL SNODDY and the case was concluded.

07 JAN '21 PM04:56

NOTE: This release applies only to the case listed above. Before release check for detainers. If Defendant is committed for any other reason, hold Defendant pursuant to that commitment.

01/07/2021 02:52 p.m. JUDGE/CLERK [signature]

**Tracking No.**



Rev. 2/09

Page: 1 Date: 01/07/2021
Room: 3 Time: 2:52 PM

Case No. 3E00713044





**DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**

Located at 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781

**STATE OF MARYLAND VS. DAVIS, DONNELL**

8125 48TH AVE #218B
COLLEGE PARK MD 207400000

| CC #: | | State ID: 0004788247 | LocID: X0890594 |
|---|---|---|---|
| Eyes: BRN | Hair: BL | Height: 6'01" | Weight: 190 lb. |
| Race: I | Sex: M | DOB: [redacted] | DL #: |

## DEFENDANT TRIAL SUMMARY

The above case was heard today, 01/07/2021 by Judge WENNESA BELL SNODDY
The Court's finding is as follows:

002 ASSAULT-SEC DEGREE
Plea - NOT GUILTY Verdict - NOT GUILTY

If you have been convicted or received probation before judgment for a crime, it may be unlawful for you to possess or purchase a firearm, including a rifle, shotgun, pistol, revolver, or ammunition, pursuant to state and/or federal law. If you have any questions about whether it is now illegal for you to possess or purchase a firearm, you should immediately consult an attorney. For additional information about these prohibitions or the surrender of firearms (even if you are currently incarcerated), please consult http://www.marylandattorneygeneral.gov/Forms/Form_77R_gun_questions.pdf or contact Maryland State Police at: 1-410-653-4500.

You may be entitled to expunge this record and any DNA Sample and DNA Record relating to the charge or charges against you if you meet certain conditions. Further information on expungement is contained in a brochure available at the Clerk's Office or on our website at http://www.courts.state.md.us/district.

**01/07/2021** **Defendant**______________________________ **(DAVIS, DONNELL)**

**Tracking No. 201001501923**

