# EXHIBIT G




# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3E00701207
Tracking No. 180001536466

## BAIL REVIEW DOCKET
### STATE OF MARYLAND VS. SHARP, LESLIE

**SHARP, LESLIE**
3590 POWDER MILL RD #102
BELTSVILLE MD 207050000

CC #:21-0026214  State ID: 0002907177  LocID:
Eyes: BRN  Hair: BLK  Height: 6'01"  Weight: 190 lb.
Race: 1  Sex: M  DOB: [redacted]  DL #:
☐ DEFENDANT IS A MINOR

CHARGE: 1 OF 1  1 1415 CR3203  10 Y  $2500.00  ASSAULT-SEC DEGREE

Charges on continuation page.

**THE COURT ON THE DATE SHOWN BELOW ---**
☐ MADE CERTAIN THE DEFENDANT RECEIVED COPY OF CHARGING DOCUMENT
☐ INFORMED DEFENDANT OF RIGHT TO COUNSEL AND IMPORTANCE OF ASSISTANCE OF COUNSEL
  ☐ DEFENDANT WAIVED ATTORNEY FOR BAIL REVIEW
  ☐ THE PUBLIC DEFENDER PROVIDED PROVISIONAL REPRESENTATION AT THE BAIL REVIEW
  ☐ REPRESENTED BY: _____
☐ DEFENDANT ADVISED OF RIGHTS AT  ☐ INITIAL APPEARANCE  ☐ PRELIMINARY INQUIRY
  ☐ REQUIRED DEFENDANT TO READ OR  ☐ READ TO DEFENDANT THE NOTICE OF ADVICE OF RIGHTS TO COUNSEL.
☐ ADVISED DEFENDANT OF THE NATURE OF THE CHARGES AND ALLOWABLE ANY MANDATORY OR ENHANCED PENALTIES
☐ ADVISED DEFENDANT THAT MAKING NEXT APPEARANCE WITHOUT COUNSEL COULD BE A WAIVER
  ☐ REMINDED THE DEFENDANT THAT REPRESENTATION BY THE OPD AT BAIL REVIEW ENDS WITH THE BAIL REVIEW
☐ ADVISED FELONY DEFENDANT OF RIGHT TO PRELIMINARY HEARING
  ☐ DEFENDANT REQUESTED PRELIMINARY HEARING AT THIS TIME
☐ ADVISED DEFENDANT OF RIGHT TO JURY TRIAL
☐ RELEASED DEFENDANT ON OWN RECOGNIZANCE         *PTR level IV option*
☐ HELD WITHOUT BOND
☒ ORDERED BAIL TO REMAIN THE SAME  ☒ CONDITION(S)/RESTRICTION(S) TO REMAIN THE SAME
☐ REVISED BAIL $_____.00  ☐ CASH (MAY BE POSTED BY THIRD PARTY)  ☐ FAILURE TO PAY SUPPORT, TO BE CASH.
  POSTED BY DEFENDANT ONLY  ☐ PCT ____ %  ☐ UNSECURED PERSONAL BOND $_____.00
☐ REINSTATED BAIL $_____.00  POSTED ON __/__/____
☐ COMMITTED IN DEFAULT OF BOND
☐ DEFENDANT IS A MINOR, AND
  ☐ SHALL BE HELD IN A SECURE FACILITY PROVIDED DEP. OF JUVENILE SERVICES DETERMINES THERE IS AVAILABLE CAPACITY TO HOLD DEFENDANT.
  ☐ SHALL NOT BE HELD IN A SECURE JUVENILE FACILITY. COURT FINDS THAT DETENTION IN A SECURE JUVENILE FACILITY WILL POSE A RISK OF HARM TO THE MINOR DEFENDANT OR OTHERS FOR THE FOLLOWING REASONS: _____

☐ RIGHTS GIVEN BY VIDEO
☐ BAIL REVIEW POSTPONED

## IMPOSED THE FOLLOWING CONDITION(S)/RESTRICTION(S) ON THE DEFENDANT:

☒ REQUIRED CONDITIONS OF RELEASE: 1) DEFENDANT WILL NOT ENGAGE IN ANY CRIMINAL CONDUCT DURING THE PERIOD OF PRETRIAL RELEASE AND 2) THE DEFENDANT WILL APPEAR IN COURT WHEN REQUIRED TO DO SO.
☐ BOND TO BE CO-SIGNED BY: _____
☐ COMPLETE PTSU INTERVIEW
☐ PROOF OF ADDRESS TO  ☐ PTSU  ☐ COMMISSIONER BEFORE RELEASE
☐ PTSU TO VERIFY ADDRESS BEFORE RELEASE
☐ LIVE AT ADDRESS THAT PTSU HAS VERIFIED
☐ PROOF OF IDENTITY TO  ☐ PTSU  ☐ COMMISSIONER BEFORE RELEASE
☐ SURRENDER CURRENT PASSPORT/ALL TRAVEL DOCUMENTS TO THE COURT BEFORE RELEASE
☐ SUBSTANCE ABUSE TREATMENT IF _____ DEEMS NECESSARY
☐ MENTAL HEALTH TREATMENT IF PTSU DEEMS NECESSARY
☐ NO CONTACT WITH VICTIMS/STATE'S WITNESSES/CO-DEFENDANTS
☐ STAY AWAY FROM _____
  ☐ USE ELECTRONIC MONITORING TO CONFIRM AREA OF RESTRICTION
☐ CURFEW: AS SET BY PTSU OR _____
☐ REPORT TO PROBATION OFFICER NEXT BUSINESS DAY AFTER RELEASE
☐ TRANSFER DIRECTLY TO _____ BY _____ WHEN BED AVAILABLE
☐ RELEASE TO THE FOLLOWING RESIDENTIAL TREATMENT PROGRAM _____
  ☐ REFERRED DEFENDANT FOR COMPETENCY EVALUATION  ☐ OUT-PATIENT
☐ TRIAL SCHEDULED: DATE:_____ TIME:_____ LOC:_____ ROOM:_____
  ☐ BAIL REVIEW  ☐ PREL. INQUIRY  ☐ PREL. HEARING  ☐ TRIAL  ☐ VOP  ☐ SENTENCING
☐ PLACED IN CUSTODY OF _____
☐ PRE-TRIAL SUPERVISION BY _____
☐ ALCOHOL SCREENING  ☐ DRUG SCREENING
☐ ALCOHOL PROGRAM  ☐ DRUG PROGRAM
**Prince George's/Washington County Only:**
  ☐ GPS TRACKING  ☐ $_____ FEE ASSESSED  ☐ FEE WAIVED
☐ OTHER: _____

Date: 7/14/21
Judge: [signature]
ID Number: [signature]

Tracking No. 180001536466  DC-BR-DOC-001 BAIL REVIEW DOCKET (Rev. 11/2017)  DV

 

# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3E00701207

**STATE OF MARYLAND VS. SHARP, LESLIE**
3590 POWDER MILL RD #102
BELTSVILLE MD 207050000

CC #:21-0026214  State ID:0002907177  LocID:
Eyes: BRN  Hair: BLK  Height: 6'01"  Weight: 190 lb.
Race: I  Sex: M  DOB:  DL #:

**Charge | Statute | AR/Citation**
ASSAULT-SEC DEGREE | 1 1415 CR3203 |

**Charge | Statute | AR/Citation**

## COMMITMENT PENDING HEARING

TO: PRINCE GEORGES COUNTY DETENTION CENTER
13400 DILLE RD., RECORDS DEPT, UPPER MARLBORO, 20772

YOU ARE HEREBY COMMANDED to receive from any officer the body of the above-named Defendant who is charged with the offense(s) listed above.

Bail review was held by Judge DONNAKA VARNER LEWIS and the Defendant is committed Without Bail.

### SUBJECT TO THE FOLLOWING CONDITION(S)/RESTRICTION(S):
OR PR TO PTR LEVEL #4 OPTION
NO CONTACT W/MARQUITA TIBBS HER RESIDENCE
PLACE OF EMPLOYMENT & HER FAMILY/STAY AWAY
FROM 3590 POWDER MILL RD BELTSVILLE, MD
NO WEAPONS/FIREARMS/AMMO/ALCOHOL/CDS

### YOU ARE FURTHER COMMANDED to produce the Defendant for Trial/Hearing
on 07/22/2021 at 8:45 a.m. in Court Room 3 at the District Court of Maryland For PRINCE GEORGE'S COUNTY located at 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781

Date: 07/14/2021  Time: 10:55 a.m.  JUDGE/~~CLERK~~: _Judge Donnaka Varner Lewis_ (signature)

**Tracking No. 180001536466**
CC-DC-CR-028 (Rev. 07/2017)




# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3E00701207

## STATE OF MARYLAND VS. SHARP, LESLIE
3590 POWDER MILL RD #102
BELTSVILLE MD 207050000

## BAIL REVIEW SUMMARY

Your bail review was held by Judge DONNAKA VARNER LEWIS on 07/14/2021.
THE COURT, ON THE DATE SHOWN ABOVE,

HELD YOU WITHOUT BAIL;

AND THE FOLLOWING CONDITIONS/RESTRICTIONS WERE IMPOSED:
 OR PR TO PTR LEVEL #4 OPTION
 NO CONTACT W/MARQUITA TIBBS HER RESIDENCE
 PLACE OF EMPLOYMENT & HER FAMILY/STAY AWAY
 FROM 3590 POWDER MILL RD BELTSVILLE, MD
 NO WEAPONS/FIREARMS/AMMO/ALCOHOL/CDS

YOU ARE SCHEDULED FOR TRIAL/HEARING
 on 07/22/2021 at 08:45 a.m. in Room 3 at the District Court of Maryland for PRINCE GEORGE'S COUNTY located at 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781.

NOTICE: Unless a final determination of indigency has been made, representation at the Bail Review is provisional and terminates at the end of the Bail Review. If you have already applied for the Public Defender through the District Court Commissioner, there is no need to apply again. You will be notified in writing of your eligibility for representation at trial as soon as a final determination is made. Please allow at least one week before contacting the District Court Commissioner regarding the status of your Application.

07/14/2021  10:55 a.m.  Room: 5

_____   _____
Defendant Signature         Date

Tracking No. 180001536466



Angela D. Alsobrooks
County Executive

# PRINCE GEORGE'S COUNTY GOVERNMENT
## Department of Corrections

closed

7-22-21  845 H4 3

June 30, 2021

| | |
|---|---|
| TO: | The Honorable April T. Ademiluyi |
| FROM: | Jermaine MIlls, Case Manager, Monitoring Services |
| DEFENDANT: | Leslie Sharp |
| CASE/CHARGE: | [1. CR3E00701207 2ND Degree Assault] |

[X]  The above defendant has been evaluated for program placement;

[ ]  The above defendant is being reconsidered for pretrial release;

[x]  The above defendant is no longer eligible for pretrial release;

[ ]  The above defendant violated "Conditions of Release";

[ ]  The above defendant's whereabouts are currently unknown/absconded;

## STATUS

1. [ ] Victim Fears

2. [x] Detainer(s) District of Columbia Probation Agent K. Holston requested a warrant for Violation of Probation. Defendant is on probation for PWID/Possession of Firearm. Case #2015CF2015442 & case#2011CF2020039. Agent states defendant has been arrested twice in 30 days.

3. [ ] Criminal History

4. [ ] No Verifiable Address

5. [ ] Mental Health Issue / Evaluation Pending

6. [ ] Medical Health Issue(s)

7. [ ] Violated "Conditions of Release"

8. [ ] Federal Hold or State Hold

9. [ ] Other-See Explanation

**EXPLANATION:**

cc: Lisa Hall Johnson, Administrative Judge
PGCDOC-Corenne Labbe, Director
PGCDOC-Guy Merritt, Acting Deputy Director, Bureau of Administration
PGCDOC-Jeffrey Logan, Division Chief, Population Management




# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3E00701207
Tracking No. 180001536466

## BAIL REVIEW DOCKET
### STATE OF MARYLAND VS. SHARP, LESLIE

**SHARP, LESLIE**
3590 POWDER MILL RD #102
BELTSVILLE MD 207050000

CC #:21-0026214  State ID: 0002907177  LocID:
Eyes: BRN  Hair: BLK  Height: 6'01"  Weight: 190 lb.
Race: 1  Sex: M  DOB:  DL #:

☐ DEFENDANT IS A MINOR

CHARGE: 1 OF 1  1 1415 CR3203  10 Y  $2500.00  ASSAULT-SEC DEGREE

Charges on continuation page.

**THE COURT ON THE DATE SHOWN BELOW ---**
☐ MADE CERTAIN THE DEFENDANT RECEIVED COPY OF CHARGING DOCUMENT
☐ INFORMED DEFENDANT OF RIGHT TO COUNSEL AND IMPORTANCE OF ASSISTANCE OF COUNSEL
  ☐ DEFENDANT WAIVED ATTORNEY FOR BAIL REVIEW
  ☐ THE PUBLIC DEFENDER PROVIDED PROVISIONAL REPRESENTATION AT THE BAIL REVIEW
  ☐ REPRESENTED BY:_____
☐ DEFENDANT ADVISED OF RIGHTS AT  ☐ INITIAL APPEARANCE  ☐ PRELIMINARY INQUIRY
  ☐ REQUIRED DEFENDANT TO READ OR  ☐ READ TO DEFENDANT THE NOTICE OF ADVICE OF RIGHTS TO COUNSEL.
☐ ADVISED DEFENDANT OF THE NATURE OF THE CHARGES AND ALLOWABLE AND ANY MANDATORY OR ENHANCED PENALTIES
☐ ADVISED DEFENDANT THAT MAKING NEXT APPEARANCE WITHOUT COUNSEL COULD BE A WAIVER
  ☐ REMINDED THE DEFENDANT THAT REPRESENTATION BY THE OPD AT BAIL REVIEW ENDS WITH THE BAIL REVIEW
☐ ADVISED FELONY DEFENDANT OF RIGHT TO PRELIMINARY HEARING
  ☐ DEFENDANT REQUESTED PRELIMINARY HEARING AT THIS TIME
☐ ADVISED DEFENDANT OF RIGHT TO JURY TRIAL
☐ RELEASED DEFENDANT ON OWN RECOGNIZANCE
☐ HOLD WITHOUT BOND
☐ ORDERED BAIL TO REMAIN THE SAME
☒ CONDITION(S)/RESTRICTION(S) TO REMAIN THE SAME
☐ REVISED BAIL $_____.00  ☐ CASH (MAY BE POSTED BY THIRD PARTY)  ☐ FAILURE TO PAY SUPPORT, TO BE CASH,
  POSTED BY DEFEDANT ONLY  ☐ PCT____%  ☐ UNSECURED PERSONAL BOND $_____.00
☐ REINSTATED BAIL $_____.00  POSTED ON ___/___/___
☐ COMMITTED IN DEFAULT OF BOND
☐ DEFENDANT IS A MINOR, AND
  ☐ SHALL BE HELD IN A SECURE FACILITY PROVIDED DEP. OF JUVENILE SERVICES DETERMINES THERE IS AVAILABLE CAPACITY TO HOLD DEFENDANT.
  ☐ SHALL NOT BE HELD IN A SECURE JUVENILE FACILITY. COURT FINDS THAT DETENTION IN A SECURE JUVENILE FACILITY WILL POSE A RISK OF HARM TO THE MINOR DEFENDANT OR OTHERS FOR THE FOLLOWING REASONS:_____

☐ RIGHTS GIVEN BY VIDEO
☐ BAIL REVIEW POSTPONED

*Order PTR Level 4*

## IMPOSED THE FOLLOWING CONDITION(S)/RESTRICTION(S) ON THE DEFENDANT:

☒ REQUIRED CONDITIONS OF RELEASE: 1) DEFENDANT WILL NOT ENGAGE IN ANY CRIMINAL CONDUCT DURING THE PERIOD OF PRETRIAL RELEASE AND 2) THE DEFENDANT WILL APPEAR IN COURT WHEN REQUIRED TO DO SO.
☐ BOND TO BE CO-SIGNED BY:_____
☐ COMPLETE PTSU INTERVIEW:
☐ PROOF OF ADDRESS TO  ☐ PTSU  ☐ COMMISSIONER BEFORE RELEASE
☐ PTSU TO VERIFY ADDRESS BEFORE RELEASE
☐ LIVE AT ADDRESS THAT PTSU HAS VERIFIED
☐ PROOF OF IDENTITY TO  ☐ PTSU  ☐ COMMISSIONER BEFORE RELEASE
☐ SURRENDER CURRENT PASSPORT/ALL TRAVEL DOCUMENTS TO THE COURT BEFORE RELEASE
☐ SUBSTANCE ABUSE TREATMENT IF _____ DEEMS NECESSARY
☐ MENTAL HEALTH TREATMENT IF PTSU DEEMS NECESSARY
☒ NO CONTACT WITH VICTIMS/STATE'S WITNESSES/CO-DEFENDANTS  *job, employment, & family*
☒ STAY AWAY FROM _____
  ☐ USE ELECTRONIC MONITORING TO CONFIRM AREA OF RESTRICTION
☐ CURFEW: AS SET BY PTSU OR _____
☐ REPORT TO PROBATION OFFICER NEXT BUSINESS DAY AFTER RELEASE
☐ TRANSFER DIRECTLY TO _____ BY _____ WHEN BED AVAILABLE
☐ RELEASE TO THE FOLLOWING RESIDENTIAL TREATMENT PROGRAM _____
  ☐ REFERRED DEFENDANT FOR COMPETENCY EVALUATION  ☐ OUT-PATIENT
☐ TRIAL SCHEDULED: DATE:_____ TIME:_____ LOC:_____ ROOM:_____
  ☐ BAIL REVIEW  ☐ PREL. INQUIRY  ☐ PREL. HEARING  ☐ TRIAL  ☐ VOP  ☐ SENTENCING
☐ PLACED IN CUSTODY OF _____
☐ PRE-TRIAL SUPERVISION BY _____
☐ ALCOHOL SCREENING  ☐ DRUG SCREENING
☐ ALCOHOL PROGRAM  ☐ DRUG PROGRAM
**Prince George's/Washington County Only:**
☐ GPS TRACKING  ☐ $_____ FEE ASSESSED  ☐ FEE WAIVED
☒ OTHER: *No Weapons, firearms, illicit substances, ammo, no alcohol*

Date: 6/24/21  Judge: _____  ID Number: _____

Tracking No. 180001536466  DC-BR-DOC-001 BAIL REVIEW DOCKET (Rev. 11/2017)  DV




# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772  Case No. 3E00701207

### STATE OF MARYLAND VS. SHARP, LESLIE
3590 POWDER MILL RD #102
BELTSVILLE MD 207050000

| CC #:21-0026214 | State ID: 0002907177 | LocID: |
| --- | --- | --- |
| Eyes: BRN  Hair: BLK | Height: 6'01" | Weight: 190 lb. |
| Race: 1  Sex: M  DOB: | DL #: | |

**Charge | Statute | AR/Citation**
ASSAULT-SEC DEGREE | 1 1415 CR3203 |

**Charge | Statute | AR/Citation**

## COMMITMENT PENDING HEARING

TO: PRINCE GEORGES COUNTY DETENTION CENTER
13400 DILLE RD., RECORDS DEPT, UPPER MARLBORO, 20772

YOU ARE HEREBY COMMANDED to receive from any officer the body of the above-named Defendant who is charged with the offense(s) listed above.

Bail review was held by Judge SCOTT MICHAEL CARRINGTON and the Defendant is committed Without Bail.

**SUBJECT TO THE FOLLOWING CONDITION(S)/RESTRICTION(S):**
COURT ORDERED PRE TRIAL RELEASE LEVEL 4
NO CONTACT W/MARQUITA TIBBS HER RESIDENCE
PLACE OF EMPLOYMENT & HER FAMILY/STAY AWAY
FROM 3590 POWDER MILL RD BELTSVILLE, MD
NO WEAPONS/FIREARMS/AMMO/ALCOHOL/CDS

**YOU ARE FURTHER COMMANDED to produce the Defendant for Trial/Hearing**
on 07/22/2021 at 8:45 a.m. in Court Room 3 at the District Court of Maryland For PRINCE GEORGE'S COUNTY located at 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781

Date: 06/24/2021  Time: 9:06 a.m.   JUDGE/~~CLERK~~:_____

**Tracking No. 180001536466**
CC-DC-CR-028 (Rev. 07/2017)

Judge Scott Carrington

 

# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3E00701207

**STATE OF MARYLAND VS. SHARP, LESLIE**
3590 POWDER MILL RD #102
BELTSVILLE MD 207050000

## BAIL REVIEW SUMMARY

Your bail review was held by Judge SCOTT MICHAEL CARRINGTON on 06/24/2021.
THE COURT, ON THE DATE SHOWN ABOVE,

HELD YOU WITHOUT BAIL;

AND THE FOLLOWING CONDITIONS/RESTRICTIONS WERE IMPOSED:
   COURT ORDERED PRE TRIAL RELEASE LEVEL 4
   NO CONTACT W/MARQUITA TIBBS HER RESIDENCE
   PLACE OF EMPLOYMENT & HER FAMILY/STAY AWAY
   FROM 3590 POWDER MILL RD BELTSVILLE, MD
   NO WEAPONS/FIREARMS/AMMO/ALCOHOL/CDS

YOU ARE SCHEDULED FOR TRIAL
  on 07/22/2021 at 08:45 a.m. in Room 3 at the District Court of Maryland for PRINCE GEORGE'S COUNTY located at 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781.

NOTICE: Unless a final determination of indigency has been made, representation at the Bail Review is provisional and terminates at the end of the Bail Review. If you have already applied for the Public Defender through the District Court Commissioner, there is no need to apply again. You will be notified in writing of your eligibility for representation at trial as soon as a final determination is made. Please allow at least one week before contacting the District Court Commissioner regarding the status of your Application.

06/24/2021  9:06 a.m.  Room: 5

_____  _____
Defendant Signature                Date

Tracking No. 180001536466

 **DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**

Located at 4990 RHODE ISLAND AVE, HYATTSVILLE, MD 20781

Case No. 3E00701207



**STATE OF MARYLAND VS. SHARP, LESLIE**
3590 POWDER MILL RD #102
BELTSVILLE MD 207050000

| CC #:21-0026214 | State ID:0002907177 | LocID: |
|---|---|---|
| Eyes: BRN | Hair:BLK | Height: 6'01" | Weight: 190 lb. |
| Race: 1 | Sex:M | DOB: | DL #: |

**Charge | Statute | AR/Citation**
NP | ASSAULT-SEC DEGREE | CR3203 | | 1 1415

**Charge | Statute | AR/Citation**

# RELEASE FROM COMMITMENT

TO: PRINCE GEORGES COUNTY DETENTION CENTER
13400 DILLE RD., RECORDS DEPT UPPER MARLBORO 20772

YOU ARE HEREBY COMMANDED to release the above-named Defendant as Trial in the case was held on 07/22/2021 before Judge DOLORES DORSAINVIL and the case was concluded.

NOTE: This release applies only to the case listed above. Before release check for detainers. If Defendant is committed for any other reason, hold Defendant pursuant to that commitment.

07/22/2021 09:10 a.m.   JUDGE/CLERK _____

**Tracking No.**

Rev. 2/09

*Amended*

**MARYLAND JUDICIARY**

☐ CIRCUIT COURT ☒ DISTRICT COURT OF MARYLAND FOR **Prince George's County**
City/County

Located at **4990 Rhode Island Ave, Hyattsville, Md** Case No. **3E00701207**
Court Address

Tracking No.: **180001536466** Associated Case No.: ____

STATE OF MARYLAND vs. **Sharp, Leslie**
Defendant
**3590 Powder Mill Rd #102**
Address
**Beltsville, MD 20705**
City, State, Zip                Telephone

DOB: ~~[redacted]~~  INMATE ID #: ____  FBI #: ____  SID #: ____

## COMMITMENT PENDING HEARING
☐ CIVIL ☒ CRIMINAL ☐ TRAFFIC ☐ DOMESTIC VIOLENCE

TO: **Records Department**, **Prince George's County Det Ctr**
     Title                    Facility

YOU ARE HEREBY COMMANDED to receive from any officer the body of **Sharp, Leslie**
                                                                    Name
Charges are listed below.

| Charge | CJIS | Disposition | Charge | CJIS | Disposition |
|---|---|---|---|---|---|
| ASSAULT-SEC DEGREE | | | | | |

☐ Bond is set at $ ____ (____% acceptable). (☐ Secured ☐ Unsecured)
☐ Bail review was held and the bond is set at $ ____ (____% acceptable). (☐ Secured ☐ Unsecured)
☐ In default of $ ____ bail (____% acceptable).
☐ Bail review was held by Judge ____ and above named individual is committed in default of $ ____ bail (____% acceptable).
☐ Having been surrendered by bondsman, bond of $ ____ to continue.
☒ Hold without bond.
☐ Special Conditions: **NONE**

☐ Other: ____

**YOU ARE FURTHER COMMANDED** to:
☐ Transfer above named individual to the jail or detention center in ____ County/City. If the above named individual has not been transferred prior to the next session of court, and has not had a bail review, he is to be brought before the court in your county for bail review.

☐ Produce the above named individual for further review before a judicial officer at the Court and address below: ____

within ☐ 30 days from date of arrest ☐ 60 days from second commitment if before that time the above named individual has not posted the bail or been arrested on a warrant of the Governor or Maryland on a requisition of the executive authority of the State of ____. Pending hearing date: ____.

☒ Produce the above named individual for court appearance at the Court and address below:
Prince George's County District Court, 4990 Rhode Island Ave, Hyattsville, MD 20781
whenever notified for: **trial HY 3** ____. Pending court appearance is set for: **07/22/2021** at **8:45am**.
          Date              Time

**06/15/2021**          Robert Prender
Date                    Clerk/Judge/Commissioner          ID Number

CC-DC-CR-012 (Rev. 07/2017)



# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3E007(

**STATE OF MARYLAND VS. SHARP, LESLIE**
3590 POWDER MILL RD #102
BELTSVILLE MD 207050000

| CC #:21-0026214 | State ID:0002907177 | LocID: |
|---|---|---|
| Eyes: BRN | Hair: BLK | Height: 6'01" | Weight: 190 lb. |
| Race: I | Sex: M | DOB: | DL #: |

Charge | Statute | AR/Citation
SSAULT-SEC DEGREE | 1 1415 CR3203 |

## COMMITMENT PENDING HEARING

TO: PRINCE GEORGES COUNTY DETENTION CENTER
13400 DILLE RD., RECORDS DEPT, UPPER MARLBORO, 20772

YOU ARE HEREBY COMMANDED to receive from any officer the body of the above-named Defendant who is charged with the offense(s) listed above.

Bail review was held by Judge BRIAN CHARLES DENTON and the Defendant is committed Without Bail.

**SUBJECT TO THE FOLLOWING CONDITION(S)/RESTRICTION(S):**
NONE

YOU WILL BE NOTIFIED of the defendant's next hearing or trial.

Date: 06/14/2021   Time: 3:04 p.m.     JUDGE/~~CLERK~~: _____

Tracking No. 180001536466

CC-DC-CR-028 (Rev. 07/2017)                 Judge Brian C. Denton

**)ISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**
ocated at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

Case No. 3F

**STATE OF MARYLAND VS. SHARP, LESLIE**
3590 POWDER MILL RD #102
BELTSVILLE MD 207050000

## BAIL REVIEW SUMMARY

ur bail review was held by Judge BRIAN CHARLES DENTON on 06/14/2021.

E COURT, ON THE DATE SHOWN ABOVE,

LD YOU WITHOUT BAIL;

ND THE FOLLOWING CONDITIONS/RESTRICTIONS WERE IMPOSED:
No restrictions imposed.

OU WILL BE NOTIFIED of your next hearing or trial.

NOTICE: Unless a final determination of indigency has been made, representation at the Bail Review is provisional and terminates at the end of the Bail Review. If you have already applied for the Public Defender through the District Court Commissioner, there is no need to apply again. You will be notified in writing of your eligibility for representation at tria soon as a final determination is made. Please allow at least one week before contacting the District Court Commissioner regarding the status of your Application.

06/14/2021  3:04 p.m.  Room: 5

_____        _____
Defendant Signature                Date

Tracking No. 180001536466




# DISTRICT COURT OF MARYLAND FOR Prince George's County

**SHARP, LESLIE**

3590 POWDER MILL RD #102
BELTSVILLE, MD 20705-0000

Case No. 3E00701207

| | | | | | |
|---|---|---|---|---|---|
| Sex: M | Ht: 6' 01" | Wt: 190 | Race: 1 | Eyes: BRN | Hair: BLK |
| DOB: | | Phone(H): | | Phone(W): | |
| CC#: 21-0026214 | LID: | | SID: 0002907177 | | |
| DL#: | | ☐ DEFENDANT IS A MINOR | | | |

CHARGE 001 OF 1   1 1415   CR3203   10 Y &/or $2,500.00   ASSAULT-SEC DEGREE

**THE COURT ON THE DATE SHOWN BELOW ---**
☐ RIGHTS GIVEN BY VIDEO
☐ BAIL REVIEW POSTPONED
☐ MADE CERTAIN THE DEFENDANT RECEIVED COPY OF CHARGING DOCUMENT
☐ INFORMED DEFENDANT OF RIGHT TO COUNSEL AND IMPORTANCE OF ASSISTANCE OF COUNSEL
   ☐ DEFENDANT WAIVED ATTORNEY FOR BAIL REVIEW
   ☐ THE PUBLIC DEFENDER PROVIDED PROVISIONAL REPRESENTATION AT THE BAIL REVIEW
   ☐ REPRESENTED BY:_____
☐ DEFENDANT ADVISED OF RIGHT AT   ☐ INITIAL APPEARANCE   ☐ PRELIMINARY INQUIRY
☐ REQUIRED DEFENDANT TO READ OR ☐ READ TO DEFENDANT THE NOTICE OF RIGHTS TO COUNSEL.
☐ ADVISED DEFENDANT OF THE NATURE OF THE CHARGES AND ALLOWABLE AND ANY MANDATORY OR ENHANCED PENALTIES
☐ ADVISED DEFENDANT THAT MAKING NEXT APPEARANCE WITHOUT COUNSEL COULD BE A WAIVER
   ☐ REMINDED THE DEFENDANT THAT REPRESENTATION BY THE OPD AT BAIL REVIEW ENDS WITH THE BAIL REVIEW
☐ ADVISED FELONY DEFENDANT OF RIGHT TO PRELIMINARY HEARING
   ☒ DEFENDANT REQUESTED PRELIMINARY HEARING AT THIS TIME
☐ ADVISED DEFENDANT OF RIGHT TO JURY TRIAL
☐ RELEASED DEFENDANT ON OWN RECOGNIZANCE
☒ HOLD WITHOUT BOND
☐ ORDERED BAIL TO REMAIN SAME   ☐ CONDITION(S)/RESTRICTION(S) TO REMAIN THE SAME
☐ REVISED BAIL $_____.00   ☐ CASH (MAY BE POSTED BY THIRD PARTY)   ☐ FAILURE TO PAY SUPPORT, TO BE CASH,
   POSTED BY DEFENDANT ONLY   ☐ PCT___%   ☐ UNSECURED PERSONAL BOND $_____.00
☐ REINSTATED BAIL $_____.00   POSTED ON ___/___/_____
☐ COMMITTED IN DEFAULT OF BOND
☐ DEFENDANT IS A MINOR AND
   ☐ SHALL BE HELD IN A SECURE JUVENILE FACILITY PROVIDED DEPARTMENT OF JUVENILE SERVICES DETERMINES THERE IS AVAILABLE CAPACITY TO HOLD DEFENDANT.
   ☐ SHALL NOT BE HELD IN A SECURE JUVENILE FACILITY. COURT FINDS THAT DETENTION IN A SECURE JUVENILE FACILITY WILL POSE A RISK OF HARM TO THE MINOR DEFENDANT OR OTHERS FOR THE FOLLOWING REASONS:_____

**IMPOSED THE FOLLOWING CONDITION(S)/RESTRICTION(S) ON THE DEFENDANT:**
☒ REQUIRED CONDITIONS OF RELEASE: 1) DEFENDANT WILL NOT ENGAGE IN ANY CRIMINAL CONDUCT DURING THE PERIOD OF PRETRIAL RELEASE AND 2) THE DEFENDANT WILL APPEAR IN COURT WHEN REQUIRED TO DO SO.
☐ BOND TO BE CO-SIGNED BY:_____
☐ COMPLETE PTSU INTERVIEW
☐ PROOF OF ADDRESS TO   ☐ PTSU   ☐ COMMISSIONER BEFORE RELEASE
☐ PTSU TO VERIFY ADDRESS BEFORE RELEASE
☐ LIVE AT ADDRESS THAT PTSU HAS VERIFIED
☐ PROOF OF IDENTITY TO   ☐ PTSU   ☐ COMMISSIONER BEFORE RELEASE
☐ SURRENDER CURRENT PASSPORT/ALL TRAVEL DOCUMENTS TO THE COURT BEFORE RELEASE
☐ SUBSTANCE ABUSE TREATMENT IF _____ DEEMS NECESSARY
☐ MENTAL HEALTH TREATMENT IF PTSU DEEMS NECESSARY
☐ NO CONTACT WITH VICTIMS/STATE'S WITNESSES/CO-DEFENDANTS
☐ STAY AWAY FROM _____
   ☐ USE ELECTRONIC MONITORING TO CONFIRM AREA OF RESTRICTION
☐ CURFEW: AS SET BY PTSU OR _____
☐ REPORT TO PROBATION OFFICER NEXT BUSINESS DAY AFTER RELEASE
☐ TRANSFER DIRECTLY TO _____ BY _____ WHEN BED AVAILABLE
☐ RELEASE TO THE FOLLOWING RESIDENTIAL TREATMENT PROGRAM _____
   ☐ REFERRED DEFENDANT FOR COMPETENCY EVALUATION   ☐ OUT-PATIENT
   TRIAL SCHEDULED: DATE:_____ TIME:_____ LOC:_____ ROOM:_____
   ☐ BAIL REVIEW   ☐ PREL. INQUIRY   ☐ PREL. HEARING   ☐ TRIAL   ☐ VOP   ☐ SENTENCING
☐ PLACED IN CUSTODY OF_____
☐ PRE-TRIAL SUPERVISION BY_____
☐ ALCOHOL SCREENING   ☐ DRUG SCREENING
☐ ALCOHOL PROGRAM   ☐ DRUG PROGRAM
**Prince George's County Only:**
☐ GPS TRACKING:   ☐ $_____ FEE ASSESSED   ☐ FEE WAIVED
☐ OTHER:_____

Date: 6/14/21
Judge: [signature]
ID Number: 0%

Tracking No. 180001536466

# DISTRICT COURT OF MARYLAND FOR Prince George's County

Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 3E0

**STATE OF MARYLAND**    VS.    **SHARP, LESLIE**
3590 POWDER MILL RD #102
BELTSVILLE, MD, 20705

CC#: 21-0026214    SID: 0002907177
LID:    DL#:
Race: 1   Sex: M   Ht: 6' 01"   Wt: 190   Hair: BLK   Eyes: B
DOB: ██████   Phone(H): ██████   Phone(W):

ge | Statute | AR/Citation | CJISCode
AULT-SEC DEGREE | CR 3 203 | | 1 1415

Charge | Statute | AR/Citation | CJISCode

## COMMITMENT PENDING HEARING
☐ Civil    ☐ Criminal    ☐ Traffic    ☐ Domestic Violence

TO: PRINCE GEORGES COUNTY CORRECTIONAL CENTER
13400 DILLE DRIVE     UPPER MARLBORO    20772

YOU ARE HEREBY COMMANDED to receive from any officer the body of the above-named Defendant who is charged with the offense(s) listed above.
Without Bail.

**SUBJECT TO THE FOLLOWING CONDITION(S)/RESTRICTION(S):**
Not engage in criminal activity. Appear in court. No Violent Contact with Victim.

**YOU ARE FURTHER COMMANDED to:**
Produce the Defendant for Bail Review: on 06/14/2021 at 1:15PM in Court Room 261
District Court of Maryland For Prince George's County, Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772.

Date: 06/12/2021    Time: 3:02 AM    Commissioner: _____ ID: 5229

☐ Bail Review was held on _____ by Judge _____ and Defendant is commited in default of $_____ bail (_____% Acceptable).

**Tracking No. 180001536466**     CC-DC-CR-012 (Rev. 07/2017)     **DV**

DISTRICT COURT OF MARYLAND FOR Prince George's County  
located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772  
Case No. 3E0

STATE OF MARYLAND VS. SHARP, LESLIE  
3590 POWDER MILL RD #102  
BELTSVILLE, MD, 20705  
SID: 0002907177    LID:

# INITIAL APPEARANCE REPORT
(Md. Rules 4-213, 4-213.1, 4-216 and 4-216.1)

## Advice

I hereby certify that when the above named Defendant was brought before me for initial appearance, I:

ADVISED Defendant has appeared without an attorney and has a right to an attorney at the initial appearance, of the importance of having an attorney and, if indigent, the Public Defender will provide representation if the proceeding is before a commissioner. a judge or, a court-appointed attorney will provide representation if the proceeding is before a commissioner.

ADVISED Defendant has the right to waive the right to be represented by an attorney at the initial appearance and the waiver is only applicable to the initial appearance and not to any other hearing or proceeding.

ADVISED Defendant has an absolute right to hire a private attorney at Defendant's expense to defend against these charges. If the Defendant does not have the money to hire a private attorney, the Defendant is advised to apply right a to a District Court commissioner for representation by the Public Defender. A District Court commissioner makes the determination of whether the Defendant is financially eligible for the services of the Public Defender. After receipt of Final Qualification, all further questions should be directed to the Public Defender's Office.

ADVISED Defendant any representation by a court-appointed attorney is provisional, limited to the initial appearance will terminate automatically upon conclusion of the hearing.

INFORMED Defendant of each offense charged and of the allowable penalties, including any mandatory or enhanced penalties, if any.

READ to Defendant, the Notice of Advice of Right to Counsel.

ADVISED Defendant that if Defendant appears for trial without counsel, the Court could determine that the Defendant waived counsel and the Defendant may have to proceed to trial unrepresented by counsel.

INFORMED Defendant of Affidavit for Indigent, the Defendant completed the requested affidavit and the commission determined with the criteria set forth in Code, Criminal Procedure Article §16-210 (b) and (c) whether the Defendant qualifies for a court-appointed attorney.

INFORMED Defendant that this preliminary determination is for the purpose of representation at the initial appearance

DETERMINED DEFENDANT IS INDIGENT.

ADVISED Defendant has the right to be represented by an attorney at the initial appearance and, if n other attorney has entered an appearance you shall be represented by the court-appointed attorney, un the Defendant waives the right to be represented by an attorney at the initial appearance.

ENTRY OF APPEARANCE: Defendant was represented at initial appearance by court-appointed Attorney.  
APPEARANCE: COURT-APPOINTED ATTORNEY/PUBLIC DEFENDER  
Received:  
Attorney's Name: SCOTT  
Appeared Remotely.

ADVISED defendant of provisional representation by court-appointed attorney shall be limited to the initial appearance before the judicial officer and shall terminate automatically upon the conclusion of this proceeding

## Pretrial Release Determination

On the basis of information available to and developed by me I HAVE DETERMINED:  
That release on personal recognizance will not reasonably ensure the appearance of the Defendant as required becaus

DV

Tracking No. 180001536466  
DC-CR-007 (Rev. 11/2017)



· CONTINUATION PAG' OF INITIAL APPEARANCE REPORT

# DISTRICT COURT OF MARYLAND FOR Prince George's County

Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 3E00701207

### STATE OF MARYLAND VS. SHARP, LESLIE

Nature and circumstance of the offense charged.
The following Required Condition(s) of Release are imposed on the Defendant:
 Do not engage in any criminal conduct during the period of pretrial release.
 Appear in court when notified to do so.
Subjected to the following Special Conditions:
 Any other lawful condition: No Violent Contact with Victim.
 The Defendant is to be HELD WITHOUT BOND.

## Notice

I INFORMED THE DEFENDANT:
1. that a condition of ANY release is that Defendant appear for hearing and/or trial as directed by the Court.
2. that a warrant will be issued for the Defendant's arrest for any violation of condition(s) of release; that if the recognizance or bail bond is forfeited and the Defendant fails to surrender within 30 days following the forfeiture, on a felony charge the penalty imposed may be up to 5 years in jail and/or a fine up to $5,000, or on a misdemeanor charge the penalty imposed may be up to 1 year in jail and/or a fine up to $1,000; that the Defendant may be charged with contempt of Court.
3. to notify the Court in writing of any change of address or telephone number.

Date: 06/12/2021  Time: 3:02 AM       Commissioner: _____  ID: 5229

## Receipt

I have  ☐read  ☐had read to me the offense(s) for which I am charged, the conditions of release, the penalty for violation of the conditions of release, the Notice of Advice of Right to Counsel. I acknowledge receipt of a copy of this form.
**My Bail Review date is 06/14/2021 at 01:15 pm in room 261, at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772.**

I agree to any conditions of release and agree to appear as directed.

6/12/21
Date        Signature of Custodian  STATE OF EMERGENCY VERBAL CONFIRMATION RECORDED  Signature of Defendant

Tracking No. 180001536466                                               DV
DC-CR-007 (Rev. 11/2017)