IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ROBERT FRAZIER**, *et al.*, | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| v. | *   **Case No. 8:22-cv-1768 PJM** |
| | * |
| **PRINCE GEORGE'S COUNTY, MARYLAND** | * |
| *et a.l*, | * |
| | * |
| **Defendants.** | * |

## MOTION TO DISMISS AND OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

The Defendants, Corenne Labbe, Jeffrey Logan, Kenneth Gray, Tanya Law, and Prince George's County, Maryland, by counsel and pursuant to Rules 12(b)(1); 12(b)(6) and 65, and move to dismiss the action filed against them, and as reasons therefore state:

1. The Court lacks subject matter jurisdiction to adjudicate this case;

2. The Complaint fails to state a claim upon which relief may be granted; and

3. Plaintiffs have failed to state a claim warranting the issuance of a preliminary injunction.

4. The Defendants respectfully direct the Court's attention to the Memorandum of Law in Support of this Motion to Dismiss and Opposition to Motion for Preliminary Injunction filed simultaneously herewith. Defendants incorporate the arguments, points and authorities asserted therein and the arguments and points and authorities cited by the State of Maryland (District and Circuit Court Judges of Prince George's County) Defendants.

Respectfully submitted,

_____
Andrew J. Murray, Fed. No. 10511
Deputy County Attorney
Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
(301) 952-5225


*Shelley L. Johnson*_____
Shelley L. Johnson, Esquire, Fed. No. 15853
Associate County Attorney
Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
(301) 952-5225 voice
(301) 952-3071 facsimile
Sljohnson@co.pg.md.us

Filed:  09/26/22