AFFIDAVIT OF CORENNE LABBÉ

My name is Corenne Labbé. I am over 18 years of age and am competent to testify. The following statements are based upon my personal knowledge.

I am the Director of the Prince George's County Department of Corrections (PGCDOC). I was appointed to this position by the County Executive for Prince George's County on February 9, 2021. Prior to that time, I held the positions of Deputy Director, Bureau of Administration and Division Chief, Support Services I have been employed by the Department of Corrections in Prince George's County since 1988.

The County Department of Corrections is created by the County Charter as a division of County government in the executive branch. It has a single correctional facility located at 13400 Dille Drive, Upper Marlboro, Maryland. The jail has a capacity of 1524, and the average daily population is 929 (as of 9/20/22). As Director, I oversee the operations of the jail including its preparation of an annual budget that, by County law, must be approved by the legislative branch of the County, its County Council. I also submit a proposed budget that is subject to review and approval by the County Council. Further, the number of employee positions allocated to PGCDOC is established by County law. A request that an additional position be created and funded can be made through the budget submission process, however, the approval of additional positions must be enacted through legislation by the County Council.

Most of the detainees at the facility are pre-trial detainees and are charged with felonies. They are in the facility only because of a commitment order to our facility issued by the District or Circuit Court for Prince George's County and either have no bail, cannot or have not posted a set bail, or do not qualify for a level of pre-trial release.

PGCDOC maintains several programs as alternatives to incarceration. These programs are the pre-trial release program, home detention program for sentenced detainees, and a work release program (?). The purpose of these programs is offer detainees an alternative to incarceration, allow the courts to have more flexibility in determining the conditions of a detainee's commitment to the department, and for the facility to manage its population. PGCDOC has no interest in housing any more detainees than necessary because additional detainees require additional resources – clothing, laundry service, food, provisions for hygiene, medical care, etc.

Presently, PGCDOC has 652 positions budgeted to operate the department's pre-trial services program. The positions are for investigators who research a detainee's criminal record, family, employment, residence, charges, victim (if any) etc. to determine whether a pre-trial detainee may qualify for one of four levels of pre-trial release (the levels have various degrees of supervision by the pre-trial staff once a detainee is released), and for case managers who supervise the detainees upon their release.

The pre-trial services program in Prince George's County was an initiative of the Department in the 1980's. It was informally created following a collaboration among and between the Department, the Circuit and District Courts, the State's Attorney's Office, and the Office of

the Public Defender. I am unaware of any County, State or Federal law that requires the Department to maintain a pre-trial services program. It is funded by the County. As a member of the Maryland Correctional Administrators' Association, which is an association of local jail administrators and sheriffs, I know that one quarter of the State of Maryland -six counties-do not offer a pre-trial release program. Those counties are Allegheny, Cecil, Charles, Garrett, Somerset and Wicomico. I also know that in Maryland the local jails are administered by an appointed administrator, like me, in the case of Chartered Home Rule counties and in other counties by the local elected Sheriff. In all instances the administrator, or Sheriff as the case may be, establish the criteria for pre-trial release and administer them as programs of their facility. Prince George's County is not unique in this manner. On the contrary, it is consistent with the practice in all other counties that offer a pre-trial release program.

In response to the COVID-19 pandemic, the former Director of PGCDOC, Mary Lou McDonough, worked with the Circuit and District Courts, the State's Attorney's Office (SAO), and the Office of the Public Defender (OPD), and private attorneys to lower the jail populations. From March 2020 to May 2020, the jail populations decreased by 25%. (See Case No. 8:20-cv-01028-PX, ECF 63-1.) The lower jail population was also result of the lower arrest rate during that time. However, as the restrictions have lifted, the crime rate has increased resulting in an increase in the number of arrests and jail populations, none of which PGCDOC controls. Prince George's County has recently experienced a spike in violent crimes that has contributed to the increase in arrests and the jail population. (See https://wtop.com/prince-georges-county/2022/04/prince-georges-co-sees-violent-crime-spike/ .)

I SOLEMNLY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE AND BASED UPON MY PERSONAL KNOWLEDGE.

_____           9/21/22_____

Corenne Labbé                                             Date