# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT FRAZIER, ET AL., | * |
| *Plaintiffs*, | * |
| v. | *   No. 8:22-cv-01768-PJM |
| PRINCE GEORGE'S COUNTY, ET AL., | * |
| *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO DISMISS OF THE JUDGE DEFENDANTS, LAKEECIA R. ALLEN, BRYON S. BEREANO, JOHN A. BIELIC, SCOTT M. CARRINGTON, ADA E. CLARK-EDWARDS, STACEY M. COBB SMITH, BRIAN C. DENTON, ROBERT W. HEFFRON, JR., DONNAKA V. LEWIS, GREGORY C. POWELL, AND CATHY H. SERRETTE

Defendants, the Honorable LaKeecia R. Allen, the Honorable Bryon S. Bereano, the Honorable John A. Bielic, the Honorable Scott M. Carrington, the Honorable Ada E. Clark-Edwards, the Honorable Stacey M. Cobb Smith, the Honorable Brian C. Denton, the Honorable Robert W. Heffron, Jr., the Honorable Donnaka V. Lewis, the Honorable Gregory C. Powell, and the Honorable Cathy H. Serrette (the "Judge Defendants"), move pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), to dismiss the complaint. Defendants are entitled to this relief for the following reasons:

(1) This Court lacks jurisdiction;

(2) Plaintiffs' claims against the Judge Defendants are barred by Eleventh Amendment immunity;

(3) Plaintiffs' claims against the Judge Defendants are barred by absolute judicial immunity;

(4)    This Court should abstain from exercising jurisdiction;

(5)    Plaintiffs' claims against the Judge Defendants are moot;

(6)    Plaintiffs fail to set forth a cause of action for declaratory relief against the Judge Defendants and this Court should decline jurisdiction; and

(7)    Plaintiffs solely seek declaratory relief and not monetary damages or attorneys' fees and costs against the Judge Defendants;

WHEREFORE, and for the reasons more fully explained in the accompanying memorandum, the Judge Defendants respectfully request that this Court dismiss Plaintiff's Complaint against them with prejudice. A proposed Order is attached.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

/s/ Kevin M. Cox
_____

KEVIN M. COX
Federal Bar No. 29012
JAMES O. SPIKER IV
Federal Bar No. 30189
Assistant Attorneys General

200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
kcox@oag.state.md.us
jspiker@oag.state.md.us
(410) 576-6388
(410) 576-6393 (facsimile)

September 26, 2022                    Attorneys for the Judge Defendants