UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM ORDER

TO:       Counsel of Record

FROM:   Judge Peter J. Messitte

RE:       <u>Frazier v. Prince George's County, Md.</u>
           No. 22-cv-1768

DATE:   May 3, 2023

\* \* \*

The Court has received the County's Status Report dated April 28, 2023 (ECF No. 124), which includes the new Pretrial Release Policy for Prince George's County, as well as responses to the Court's questions raised in Appendix A of its Memorandum Opinion (ECF No. 90) and Order (ECF No. 91) dated January 24, 2023.

The Court is aware that Plaintiffs' and the Judge Defendants' Motions for Reconsideration of the Court's Memorandum Opinion and Order on Defendants' Motions to Dismiss are pending. However, the Court first wishes to address the matter of the County's updated Status Report before deciding the Motions to Reconsider.

Accordingly, the Court **ORDERS** that Plaintiffs may file a response to the County's Status Report by May 15, 2023, and the County may file a reply by May 22, 2023.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
Peter J. Messitte
United States District Judge

CC:   Court file
        Counsel of Record