UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM ORDER

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Frazier v. Prince George's County, Md.
No. 22-cv-1768

DATE: May 17, 2023

\* \* \*

The Court has received Defendant Prince George's County's Motion to Stay District Court Proceedings Pending Resolution of Appeal (ECF No. 121), and Plaintiffs' opposition thereto (ECF No. 123).

The County's Motion to Stay (ECF No. 121) is **DENIED**. Interlocutory appeals ordinarily do not warrant a stay. *District of Columbia v. Trump*, 344 F. Supp. 3d 828, 843 (D. Md. 2018). The Court finds that the County has not met its burden to justify a stay in this particular case: the Court has taken the parties' Motions for Reconsideration under advisement, and discovery will take place regardless of what the Fourth Circuit's decides on Plaintiffs' interlocutory appeal of this Court's denial of their Motion for Preliminary Injunction.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record

1