IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| CHRISTOPHER BUTLER, *et al.*, individually and on behalf of a class of similarly situated persons,<br><br>                      Plaintiffs,<br><br>                v.<br><br>PRINCE GEORGE'S COUNTY, MARYLAND, *et al.*,<br><br>                      Defendants. | Case No. 8:22-cv-1768 PJM |

**CORRESPONDENCE FROM PLAINTIFFS
REQUESTING CLARIFICATION REGARDING UPCOMING DEADLINES**

    In light of the Court's Order Staying Discovery, Doc. 180, Plaintiffs request clarification regarding two upcoming deadlines that are not explicitly mentioned in the Court's Order. First, Plaintiffs' Response to the Judge Defendants' Motion to Quash, Doc. 175, is presently due February 5, 2024. Plaintiffs request clarification from the Court as to whether that response deadline is vacated.

    Second, pursuant to the Court's Scheduling Order, Doc. 149, Plaintiffs' Rule 26(a)(2) Disclosures (including expert reports) are due February 16, 2024. This is before Defendants' dispositive motions will be fully briefed. *See* Doc. 168 (setting reply deadlines on February 19, 2024). Plaintiffs request clarification from the Court as to whether Plaintiffs' deadline for Rule 26(a)(2) disclosures is vacated.

Respectfully submitted this 26th day of January, 2024.

/s/ Ellora Thadaney Israni

Ellora Thadaney Israni*
Jeremy D. Cutting*
Jeffrey Stein (*pro hac vice* motion pending)
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
(202) 894-6132
ellora@civilrightscorps.org

Seth Wayne*
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
AND PROTECTION
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Ave. NW
Washington, D.C. 20001
(202) 662-9042
sw1098@georgetown.edu

* admitted *pro hac vice*

*Counsel for Plaintiffs*

Edward Williams (D. Md. Bar 20944)
Matthew Martens*
Thomas Bredar (D. Md. Bar 21635)
Ellen Connell*
Donna Farag*
Sonika Data*
Britany Riley-Swanbeck (D. Md. Bar 21843)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
(202) 663-6487
ed.williams@wilmerhale.com
matthew.martens@wilmerhale.com

Robert Boone*
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
robert.boone@wilmerhale.com

Timothy Perla*
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
timothy.perla@wilmerhale.com