IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHRISTOPHER BUTLER**, *et al.*,<br>individually and on behalf of a class of<br>similarly situated persons,<br><br>　　Plaintiffs,<br><br>　v.<br><br>**PRINCE GEORGE'S COUNTY,<br>MARYLAND**, *et al.*,<br><br>　　Defendants. | Civil No. **22-1768 PJM** |

## ORDER

Having considered the Motion of Judge Defendants LaKeecia Allen and Robert Heffron, Jr. (the "Subpoenaed Judges") to Quash Subpoenas for In-Person Deposition Testimony and for Protective Order Or, in the Alternative, Motion that Depositions Proceed by Written Questions (ECF No. 175), as well as the Judge and County Defendants' respective Motions for Judgment on the Pleadings (ECF No. 173, 174), and the Oppositions and Replies thereto (ECF Nos. 185, 186, 191, 193), it is, this 29 day of March, 2024, for the reasons stated in the accompanying Memorandum Opinion, by the United States District Court for the District of Maryland,

**ORDERED**:

1. The Subpoenaed Judges' Motion to Quash (ECF No. 175) is **GRANTED**;

2. The County's Motion for Judgment on the Pleadings (ECF No. 173) is **GRANTED**;

3. The Judge Defendants' Motion for Judgment on the Pleadings (ECF No. 174) is **GRANTED**;

1

4. The preliminary injunction hearing currently scheduled for April 3, 2024 is **CANCELLED**;

5. Final judgment is **ENTERED** in favor of all Defendants and against all Plaintiffs; and

6. The Clerk of Court is directed to **CLOSE** this case.

PETER J. MESSITTE
U.S. District Judge