IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| CHRISTOPHER BUTLER, *et al.*, individually and on behalf of a class of similarly situated persons,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>PRINCE GEORGE'S COUNTY, MARYLAND, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 8:22-cv-1768 PJM |

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1291, Plaintiffs appeal to the United States Court of Appeals for the Fourth Circuit from this Court's orders dismissing the individual County Defendants, Doc. 80; granting in part and denying in part Defendants' Motions to Dismiss, Doc. 91; denying Plaintiffs' Motion to Reconsider, Doc. 129; granting the Defendant Judges' Motion to Quash, granting Defendants' Motions for Judgment on the Pleadings, canceling the hearing on Plaintiffs' Motion for Preliminary Injunction, and issuing a final judgment dismissing the case, Doc. 212; and all opinions, orders, and decisions embedded therein.

(signatures on the following page)

Respectfully submitted this 26th day of April, 2024.

/s/ Jeremy D. Cutting
Jeremy D. Cutting*
Sumayya Saleh*
Jeffrey D. Stein*
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
(202) 932-1278
sumayya@civilrightscorps.org

Seth Wayne*
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Ave. NW
Washington, D.C. 20001
(202) 662-9042
sw1098@georgetown.edu

Howard M. Shapiro (D. Md. Bar 14731)
Donna Farag*
Sonika Data*
Britany Riley-Swanbeck (D. Md. Bar 21843)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
(202) 663-6606
howard.shapiro@wilmerhale.com

Robert Boone*
Thomas Bredar (D. Md. Bar 21635)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
robert.boone@wilmerhale.com

Sarah E. Maciel*
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
(650) 600-5048
sarah.maciel@wilmerhale.com

* admitted *pro hac vice*

*Counsel for Plaintiffs*