FILED: July 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1380
(8:22-cv-01768-PJM)

_____

ROBERT FRAZIER, individually and on behalf of a class of similarly situated persons; ANIBAL HERNANDEZ, individually and on behalf of a class of similarly situated persons; D.P., a minor, by and through his next friend and guardian K.P.; CHRISTOPHER BUTLER, individually and on behalf of a class of similarly situated persons; MIRAMBA WILLIAMS, individually and on behalf of a class of similarly situated persons; DONNELL DAVIS, individually and on behalf of a class of similarly situated persons; LESLIE SHARP, individually and on behalf of a class of similarly situated persons; ELMER LAGUAN-SALINAS, individually and on behalf of a class of similarly situated persons; ADRIENNE WORTHINGTON, individually and on behalf of a class of similarly situated persons

         Plaintiffs - Appellants

v.

PRINCE GEORGES COUNTY, MARYLAND; CORENNE LABBE, in her official capacity as Director of the Prince George's County Department of Corrections; JEFFREY LOGAN, in his official capacity as Division Chief of the Prince George's County Population Management Division; KENNETH GRAY, in his official capacity as Section Chief of the Prince George's County Community Supervision Section; TANYA LAW, in her official capacity as Unit Chief of the Prince George's County Monitoring Services Unit; LAKEECIA RENEE ALLEN, in her personal capacity and official capacity as judge for the District Court of Maryland; BRYON BEREANO, in his personal capacity and official capacity as judge for the District Court of Maryland; JOHN BIELEC, in his personal capacity and official capacity as judge for the District Court of Maryland; SCOTT CARRINGTON, in his personal capacity and official capacity as judge for the District Court of Maryland; ADA E. CLARK-EDWARDS, in her personal capacity and official capacity as judge for the District Court of Maryland;

STACEY COBB SMITH, in her personal capacity and official capacity as judge for the District Court of Maryland; BRIAN DENTON, in his personal capacity and official capacity as judge for the District Court of Maryland; ROBERT HEFFRON, JR., in his personal capacity and official capacity as judge for the District Court of Maryland; DONNAKA LEWIS, in her personal capacity and official capacity as judge for the District Court of Maryland; OFFICER GREGORY POWELL, in his personal capacity and official capacity as judge for the District Court of Maryland; CATHY SERRETTE, in her personal capacity and official capacity as judge for the Circuit Court of Maryland for Prince Georges County

        Defendants - Appellees

---

O R D E R

---

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Richardson, Judge Heytens, and Senior Judge Floyd.

        For the Court

        <u>/s/ Nwamaka Anowi, Clerk</u>